UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACKENZIE RAE MATTOX,<br><br>                Plaintiff,<br><br>   v.<br><br>DEBT COLLECTORS INTERNATIONAL, et al.,<br><br>                Defendants. | Case No. C24-1334-JHC<br><br>ORDER GRANTING *IN FORMA PAUPERIS* STATUS |

      Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 29th day of August, 2024.

                                                                                              *S. Kate Vaughan*
                                                                               S. KATE VAUGHAN
                                                                               United States Magistrate Judge