Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

### for the

Western District of Washington

Seattle Division

| | | |
|---|---|---|
| Mackenzie Rae Mattox | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |
| -v- | ) | |
| Debt collectors international and Rich Kelley, HF holdings inc and Jose De La Rosa and David Cohen and Jayhawk Logistics inc and | ) ) ) ) | ☐ FILED   ☐ ENTERED<br>☐ LODGED   ☐ RECEIVED<br><br>AUG 26 2024   MH |
| *Defendant(s)* Jerry Fay Hawkins | ) | AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | BY _____ DEPUTY |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mackenzie Rae Mattox |
| Street Address | 16408 51st Ave, NE |
| City and County | Arlington and Snohomish |
| State and Zip Code | Washington and 98223   P.O. 3044 |
| Telephone Number | (253)-326-1590 |
| E-mail Address | Moneyreciever@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

[CARFI][page 47] case number: _____          ] presenting paper: Mackenzie

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### Defendant No. 1

| | |
|---|---|
| Name | Debt Collectors International and Rich Kelley; collector |
| ; Job or Title *(if known)* | |
| Street Address | Lucien Way |
| City and County | Maitland and Orange |
| State and Zip Code | Florida and 32751 |
| Telephone Number | (678)-214-3650 |
| E-mail Address *(if known)* | claims@DCIClaims.com |

### Defendant No. 2

| | |
|---|---|
| Name | HF Holdings inc. and Jose De La Rosa and David Cohen; collectors |
| ; Job or Title *(if known)* | |
| Street Address | Orlando Central PKWY, Ste 440 |
| City and County | Orlando and Florida Orange |
| State and Zip Code | Florida and 32809 |
| Telephone Number | (877)-680-6064 |
| E-mail Address *(if known)* | corporate@hfholdingsinc.com |

### Defendant No. 3

| | |
|---|---|
| Name | JayHawk Logistics Inc. and Jerry Fay Hawkins; ceo |
| ; Job or Title *(if known)* | |
| Street Address | State st, |
| City and County | Snohomish and snohomish |
| State and Zip Code | Washington and 98296 |
| Telephone Number | (206)-696-6453 |
| E-mail Address *(if known)* | Jayhawk-logistics.com |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

31 subpart A § 256.1 segments (a)(b), subpart A § 256.10 segments (a)(b), § 256.11, § 256.12 segments (a)-(e) and § 256.13, 28 U.S.C 1920, 41 U.S.C 612 Payment of claims, chapter 9 contract Disputes, section 1304 of title 31, RCW 9A.36.090 coercion, RCW 9A.56.350 and RCW 9A.20.021 Theft from a vulnerable adult in the first degree, RCW 9A.56.030, RCW 74.34.180 Retaliation against whistleblowers and residents ect... /24 others

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Mackenzie Rae Mattox , is a citizen of the State of *(name)* Washington .

   b. If the plaintiff is a corporation      Corp-se-oh-ration

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) * See designated Defendant - Debtor name area on documents 1st page because there

   a. If the defendant is an individual     are to many for this segment.

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* * See 2nd page of doc. . Or is a citizen of *(foreign nation)* _____

[CARFI][page 49] case number: _____ ] presenting paper: Mackenzie

*Dated on: 08/16/2024. The number*
*United States District*
*Court for the Western*
*District of Washington.*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* **✱ see second page**, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

*defendant(s) - debtor(s)*

The amount in controversy–the amount the plaintiff claims the ~~defendant~~ owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*there is a government monetary judgment amounting to $19,000,000, the plaintiff-creditor claims all the defendants individually owe her that amount and she is supporting Lanham law which supports treble damages and rules the treble total is the actual damages.*

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*Everett, Washington; Lynnwood, Washington; Bothell, Washington; Kirkland, Washington; Bellevue, Washington.*

*1st, city, 2nd state*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*06/28/2024 and 10:54am.*

*[CARFI] (page 50) case number:*      *] presenting paper. Mackenzie*

Appendix A.   Dated on: 08/16/2024   File number:
United States District
Court for the Western
District of Washington

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Jerry Fay Hawkins, Rich Kelley, Jose De La Rosa, David Cohen; promised to pay Mackenzie Rae Mattox money and have not paid her the money amount they said they would.

Lots of people, from JayHawk Logistics inc and Employment security department, labor and industries and office of administrations court and ~~snohomish~~ Snohomish county Superior court, old Republic Insurance Company and Williams Kastner Law Firm and United States District Court for the Western District

IV.   **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

of Wa-shington seattle-Division

They are not emotional or physically attached and will only allow me more time to heal from the neglect and there are other people doing similar things I might encounter; I've been exposed.

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Arrest, sentencing and Extradition and interest and that the damage amount be awarded so it is not taxed; I can do more for myself and others with more money; Basis, I have not recieved payment after monetary promises were made; actual amount is $171,000,000, one hundred seventy one million dollars; Basis, supported by other people and evidence; No punative amount or exemplary damages claimed in this case but I support punative damages.

[CARFI][page S1] case number:         I presenting paper.

Mackenzie

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/05/2024

Signature of Plaintiff *MacKenzie Rae Mattox*

Printed Name of Plaintiff *MacKenzie Rae Mattox*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Appendix A    Dated on, 08/16/2024    File number:
*(to be filled in by the clerk's office)*

**United States District Court
for the Western District of
Washington**

| | | |
|---|---|---|
| 3805 grant her the relief she | 3822 | 3838 |
| 3806 wants. | 3823 | 3839 |
| 3807 | 3824 | 3840 |
| 3808 | 3825 | 3841 |
| 3809 | 3826 | 3842 |
| 3810 | 3827 | 3843 |
| 3811 | 3828 | 3844 |
| 3812 | 3829 | 3845 |
| 3813 | 3830 | 3846 |
| 3814 | 3831 | 3847 |
| 3815 | 3832 | 3848 |
| 3816 | 3833 | 3849 |
| 3817 | 3834 | 3850 |
| 3818 | 3835 | 3851 |
| 3819 | 3836 | 3852 |
| 3820 | 3837 | 3853 |
| 3821 | | |

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Signed Mackenzie Rae Mattox

Case Number:
[ MH ]
[Page number 59 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A

Dated on, 08/16/2024    File number:

(to be filled in by the clerk's office)

**United States District Court for the Western District of Washington**

3854

3855

3856

3857

3858

3859

3860

3861

3862

3863

3864

3865

3866

3867

3868

3869

3870

3871 **<u>Injunction</u>**

3872 **<u>attachment</u>**

3873 This document was made
3874 with regard to Rule 16
3875 under the title Federal Rule
3876 of Civil Procedure terms
3877 and conditions sections (c)
3878 ATTENDANCE AND
3879 MATTERS FOR
3880 CONSIDERATION AT A
3881 PRETRIAL
3882 CONFERENCE, (1)
3883 ATTENDANCE, (2)
3884 MATTERS FOR
3885 CONSIDERATION.
3886 Please grant the Plaintiff –
3887 Creditor injunctions for the
3888 possible but not mandatory
3889 actions, formulating and
3890 simplifying the issues, and
3891 eliminating frivolous
3892 claims or defenses; (B)
3893 amending the pleadings if
3894 necessary or desirable; (C)
3895 obtaining admissions and
3896 stipulations about facts and

3897 documents to avoid
3898 unnecessary proof, and
3899 ruling in advance on the
3900 admissibility of evidence;
3901 (D) avoiding unnecessary
3902 proof and cumulative
3903 evidence, and limiting the
3904 use of testimony under
3905 Federal Rule of Evidence
3906 702; (E) determining the
3907 appropriateness and timing
3908 of summary adjudication
3909 under Rule 56; (F)
3910 controlling and scheduling
3911 discovery, including orders
3912 affecting disclosures and
3913 discovery under Rule 26
3914 and Rules 29 through 37;
3915 (G) identifying witnesses
3916 and documents, scheduling
3917 the filing and exchange of
3918 any pretrial briefs, and
3919 setting dates for further
3920 conferences and for trial;
3921 (H) referring matters to a
3922 magistrate judge or a
3923 master; (I) settling the case
3924 and using special
3925 procedures to assist in

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51ˢᵗ Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Sʳ *Mackenzie Rae Mattox*

Case Number:
[ ꞀA ]
[Page number 60 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A    Dated on, 08/16/2024    File number:

_(to be filled in by the clerk's office)_

**United States District Court for the Western District of Washington**

3926 resolving the dispute when
3927 authorized by statute or
3928 local rule; (J) determining
3929 the form and content of the
3930 pretrial order; (K)
3931 disposing of pending
3932 motions; (L) adopting
3933 special procedures for
3934 managing potentially
3935 difficult or protracted
3936 actions that may involve
3937 complex issues, multiple
3938 parties, difficult legal
3939 questions, or unusual proof
3940 problems; (M) ordering a
3941 separate trial under Rule
3942 42(b) of a claim,
3943 counterclaim, crossclaim,
3944 third-party claim, or
3945 particular issue; (N)
3946 ordering the presentation
3947 of evidence early in the
3948 trial on a manageable issue
3949 that might, on the
3950 evidence, 27 FEDERAL
3951 RULES OF CIVIL
3952 PROCEDURE Rule 17 be
3953 the basis for a judgment as
3954 a matter of law under Rule

3955 50(a) or a judgment on
3956 partial findings under Rule
3957 52(c); (O) establishing a
3958 reasonable limit on the
3959 time allowed to present
3960 evidence; and (P)
3961 facilitating in other ways
3962 the just, speedy, and
3963 inexpensive disposition of
3964 the action, all of which can
3965 be seen as accomplished
3966 after granting all the
3967 itemized actions below this
3968 paragraph.
3969
3970 Particular injunction
3971 actions needing to take
3972 place:
3973 1. Grant Forma
3974     Pauperis with form.
3975
3976 2. Waive Summons
3977     service with form.
3978
3979
3980
3981
3982
3983
3984
3985
3986
3987
3988
3989
3990
3991
3992
3993
3994
3995
3996
3997
3998
3999
4000
4001
4002
4003
4004

3. Re-establish with a order or brief the Plaintiff – Creditor does not consent to attorneys representing any party member.

4. Waive attorney representation rights.

5. Order explicit transcribe which states the federal agency United States District Court for the Western District of Washington reports there is no other source of funds that can legally be used to pay the award as the Plaintiff –

Preparing the paper, Mackenzie Rae Mattox
(_Plaintiff – Creditor_)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[**IA**]
[Page number **61**]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024          File number:

*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

| | | | | | |
|---|---|---|---|---|---|
| 4005 | Creditor is in | 4034 | pay through the | 4063 | Service and that the |
| 4006 | sufferable | 4035 | Judgment Fund | 4064 | disbursing official |
| 4007 | conditions which | 4036 | Internet Claims | 4065 | pay the money |
| 4008 | allow the whole | 4037 | System and that the | 4066 | according to the |
| 4009 | award amount to be | 4038 | judgment fund | 4067 | certified payment |
| 4010 | paid and that, | 4039 | branch of the | 4068 | voucher and title |
| 4011 | therefore, asking | 4040 | Bureau of the | 4069 | that order "Bill of |
| 4012 | the Judgment Fund | 4041 | Fiscal Service | 4070 | Costs" with the |
| 4013 | to pay is | 4042 | reviews the claim | 4071 | parenthesis also |
| 4014 | appropriate as the | 4043 | and makes sure that | 4072 | and identify that |
| 4015 | fund is related to | 4044 | no other source of | 4073 | the award is a cost |
| 4016 | the court, for the | 4045 | money could | 4074 | with a judgment for |
| 4017 | matter and has | 4046 | legally pay the | 4075 | a violation of an act |
| 4018 | unlimited funds and | 4047 | award by | 4076 | of congress in |
| 4019 | there's no reason | 4048 | understanding the | 4077 | which a civil fine is |
| 4020 | the court cannot | 4049 | order and the | 4078 | provided for and |
| 4021 | authorize a | 4050 | judgment or | 4079 | make Mackenzie |
| 4022 | payment, there is | 4051 | settlement is final | 4080 | Rae Mattox an |
| 4023 | no detrimental | 4052 | and ready for | 4081 | independent |
| 4024 | harm being | 4053 | payment and that | 4082 | litigating authority. |
| 4025 | sustained from it | 4054 | the judgment fund | 4083 | 6. Order United States |
| 4026 | and it will help the | 4055 | of the Bureau of the | 4084 | District Court for |
| 4027 | Plaintiff – Creditor | 4056 | Fiscal Service | 4085 | the Western |
| 4028 | become housed or | 4057 | certify the order | 4086 | District of |
| 4029 | unhomeless and an | 4058 | and complete a | 4087 | Washington be the |
| 4030 | authorized official | 4059 | certified payment | 4088 | reimbursing agency |
| 4031 | at the agency, the | 4060 | voucher to the | 4089 | for the judgment |
| 4032 | court, ask the | 4061 | disbursing official | 4090 | fund of the Bureau |
| 4033 | judgment fund to | 4062 | at Bureau of Fiscal | | |

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51ˢ Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

*Mackenzie Rae Mattox*

Case Number:
[ IA ]
[Page number 62 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A             Dated on, 08/16/2024     File number:
                                                *(to be filled in by the clerk's
                                                office)*

**United States District Court
for the Western District of
Washington**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4091 | of the Fiscal | 4120 | | Fay Hawkins be | 4149 | | RCW 70.74.270 |
| 4092 | Service. | 4121 | | arrested and | 4150 | | Terrorism class A, |
| 4093 | | 4122 | | sentenced under | 4151 | | to a maximum 20 |
| 4094 | 7. Order the secretary | 4123 | | RCW 9A.36.070 | 4152 | | years in prison or |
| 4095 | of treasury and the | 4124 | | Coercion, RCW | 4153 | | something that will |
| 4096 | attorney general | 4125 | | 9A.56.350 and | 4154 | | make the same |
| 4097 | certify the bill of | 4126 | | RCW 9A.20.021 | 4155 | | effect. |
| 4098 | cost to satisfy the | 4127 | | Organized retail | 4156 | | |
| 4099 | Bureau of Fiscal | 4128 | | theft, RCW | | | |
| 4100 | Services | 4129 | | 9A.46.020 | 4157 | 9. Order explicit |
| 4101 | requirements for | 4130 | | Harassment, RCW | 4158 | | transcribe which |
| 4102 | payment from the | 4131 | | 9A.56.400 and | 4159 | | states the federal |
| 4103 | judgment fund | 4132 | | RCW 9A.20.021 | 4160 | | agency United |
| 4104 | under 28 U.S.C | 4133 | | Theft from a | 4161 | | States District |
| 4105 | 2414. | 4134 | | vulnerable adult in | 4162 | | Court for the |
| 4106 | | 4135 | | the first degree, | 4163 | | Western District of |
| 4107 | | 4136 | | RCW 9A.56.030, | 4164 | | Washington |
| 4108 | | 4137 | | RCW 74.34.180 | 4165 | | commands |
| 4109 | 8. Order explicit | 4138 | | Retaliation against | 4166 | | residents of State |
| 4110 | transcribe which | 4139 | | whistleblowers and | 4167 | | Florida Rich |
| 4111 | states the federal | 4140 | | residents, RCW | 4168 | | Kelley, Jose De La |
| 4112 | agency United | 4141 | | 74.34.200 | 4169 | | Rosa, and David |
| 4113 | States District | 4142 | | Abandonment, | 4170 | | Cohen be arrested |
| 4114 | Court for the | 4143 | | abuse, financial | 4171 | | and sentenced |
| 4115 | Western District of | 4144 | | exploitation, or | 4172 | | under chapter 831 |
| 4116 | Washington | 4145 | | neglect of a | 4173 | | FORGERY AND |
| 4117 | commands resident | 4146 | | vulnerable adult, | 4174 | | COUNTERFEITIN |
| 4118 | of State | 4147 | | RCW 9.35.020 | 4175 | | G 831.09 uttering |
| 4119 | Washington Jerry | 4148 | | Identity theft and | 4176 | | forged bills, |

/s/ *Mackenzie Rae Mattox*

Preparing the paper, Mackenzie
Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[IA]
[Page number 63]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A                     Dated on, 08/16/2024          File number:
                                                             *(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

| | | |
|---|---|---|
| 4177 checks, drafts, or | 4203 | 4229 damage only so payment to |
| 4178 notes and be | 4204 | 4230 her is not delayed, she has |
| 4179 sentenced to a | | 4231 secured the award can be |
| 4180 maximum 5 years | 4205 | 4232 paid as pre-requested by |
| 4181 in prison or | | 4233 the court, securing costs |
| 4182 something that will | 4206 Injunction reason(s): | 4234 can be paid. The summons |
| 4183 make the same | 4207 1.a.) Grant please Forma | 4235 will indicate the other |
| 4184 effect. | 4208 Pauperis because the | 4236 Defendant(s) - Debtor(s) |
| | 4209 Plaintiff – Creditor needs | 4237 are being asked to pay the |
| 4185 | 4210 money and cannot afford | 4238 damage which will delay |
| 4186 10. Order explicit | 4211 to support further litigation | 4239 payment to the Plaintiff – |
| 4187 transcribe which | 4212 without help, but has | 4240 Creditor, the summons will |
| 4188 states the federal | 4213 provided what she could | 4241 indicate the damage |
| 4189 agency United | 4214 provide which in her eyes | 4242 amount can be capped or |
| 4190 States District | 4215 the court can sustain a case | 4243 increased depending on the |
| 4191 Court for the | 4216 with and finish with. | 4244 Defendant(s) - Debtor(s) |
| 4192 Western District of | | 4245 response which is not |
| 4193 Washington | 4217 | 4246 preferred, the courts are |
| 4194 command Habeas | 4218 2.a.) Grant please | 4247 supporting merits right |
| 4195 Corpus action be | 4219 summons process be | 4248 now, the summons does |
| 4196 the sentencing | 4220 waived because the | 4249 not appear to have any |
| 4197 actions title and | 4221 Plaintiff – Creditor knows | 4250 significant prescribed |
| 4198 guidance unless the | 4222 United States District | 4251 purpose that will concur or |
| 4199 court rules it is | 4223 Court for the Western | 4252 dissent the case depending |
| 4200 unnecessary. | 4224 District of Washington | 4253 on its attraction, what |
| | 4225 prefers a speedy, just, | 4254 merits it supports or how |
| 4201 | 4226 inexpensive case. The | 4255 its service will benefit the |
| 4202 | 4227 Plaintiff – Creditor is | 4256 parties, merits or the |
| | 4228 asking the court to pay the | 4257 proceeding and in a |

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

*S⁴ Mackenzie Rae Mattox*

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A         Dated on, 08/16/2024         File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

4258 significant way, service
4259 will require more copies be
4260 made, and mail sent which
4261 the Plaintiff – Creditor
4262 cannot provide, the court
4263 would have to fund that
4264 service as she is
4265 impoverished and she does
4266 not believe a summons is
4267 necessary or valuable or
4268 dependable; as far as now
4269 a summons process for this
4270 case seems to be a waste of
4271 time. She does not want
4272 those factors though to
4273 eliminate her cases
4274 potential and does wish the
4275 case proceeds with value
4276 and protection. Since the
4277 summons does not appear
4278 to have significant value, it
4279 is important to mention
4280 resources might be wasted
4281 unjustifiably. The case is
4282 prima faci, arguments from
4283 the opposed party will be
4284 pointless, the Plaintiff –
4285 Creditor is not trying to
4286 change her mind. The

4287 Defendant(s) - Debtor(s)
4288 have invested their money
4289 into what they have
4290 invested their money into,
4291 the Plaintiff – Creditor
4292 would like to invest her
4293 own money into something
4294 she thinks will be more
4295 sustainable, habitable,
4296 dependable and healthier
4297 for humans to experience
4298 which can be made faster
4299 without a summons
4300 process. The summons
4301 process seemed to be a
4302 waste of time when some
4303 were issued in the
4304 Snohomish County
4305 Superior Court as the court
4306 concurred with Plaintiff –
4307 Creditor at the beginning
4308 of the case and it did not
4309 have a permanent cause.
4310 Mackenzie had been
4311 offered entry for default
4312 judgments but the court
4313 denied her requests even
4314 though she qualified
4315 potential issuance and

4316 never dissented her
4317 complaints and she didn't
4318 even want to give the
4319 defendant Jerry an
4320 opportunity to discuss the
4321 case as her case was prima
4322 faci, she thought the court
4323 was going to side with her
4324 until the end after allowing
4325 the case and she felt they
4326 didn't need to include him
4327 and the civil department
4328 building that was next to
4329 the court, an employee in
4330 there for that building, he
4331 stated the defendant did
4332 not need to present
4333 anything for the case to
4334 successfully be completed
4335 in the Plaintiff - Creditors
4336 favor. The judges in
4337 Snohomish County seemed
4338 to have ruled despotic or
4339 domineering or
4340 oppressively though for
4341 reasons she has to assume.

4342 3.a.) Grant please Plaintiff
4343 – Creditor re-

Preparing the paper, Mackenzie
Rae Mattox
 *(Plaintiff – Creditor)*
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[ IA ]
[Page number 65 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A

Dated on, 08/16/2024

File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

4344 establishment about
4345 forbidding attorney
4346 representation for this case
4347 as the court United States
4348 District Court for the
4349 Western District of
4350 Washington pays close
4351 attention to attorney
4352 behavior and the posting
4353 that the court has high
4354 attorney expectations
4355 indicated attorneys
4356 frequently, newly or
4357 previously misused the
4358 court and caused
4359 unnecessary litigation for
4360 jurors, and because the
4361 experience the Plaintiff –
4362 Creditor had with attorneys
4363 in Snohomish County was
4364 merely devaluing and
4365 identity power theft; they
4366 knew she could get what
4367 she wanted but prevented
4368 that right to her by using a
4369 group of people and
4370 devaluing her arguments to
4371 cause second guessing
4372 aimed at the Plaintiff -

4373 Creditor and favors. The
4374 Plaintiff – Creditor is not
4375 granting unfair racing or
4376 racing at all unless it is
4377 ADR or careful,
4378 meaningful delay which
4379 works in her favor
4380 powerfully and preferred
4381 and would be considered
4382 unfair racing. Mackenzie
4383 Rae Mattox also prefers 1
4384 v 1 litigation because that
4385 is a caseload she can
4386 effectively and carefully
4387 handle. She also does not
4388 have funds to pay for
4389 attorney service or does
4390 not plan on finding any for
4391 this case and she also is
4392 preventing impoverished
4393 and wealthy competition or
4394 juxtaposing, by
4395 disallowing well dressed,
4396 fed, clean, included
4397 attorneys to be of no
4398 service to a not well
4399 dressed, smelly, fed but not
4400 well person, to prevent
4401 social disassociation like

4402 regina Georges table from
4403 mean girls.

4404 4.a.) Grant please
4405 forbidding attorney
4406 representation for this case
4407 for the reasons set forth in
4408 segment 3.a.) under
4409 Injunction reasons.

4410

4411 5.a) Grant please payment
4412 from the judgment fund of
4413 Bureau of Fiscal Services a
4414 solid $133,000,000 with a
4415 order that is titled "bill of
4416 costs" as that is code of
4417 federal regulations title 31
4418 subpart A ss 256.1
4419 segments (a)(b), subpart A
4420 ss 256.10 segments (a)(b),
4421 ss 256.11, ss 256.12
4422 segments (a) - (e) and ss
4423 256.13, that indicates the
4424 payment must be made
4425 electronically and due to a
4426 court cost in violation of
4427 congress and the award is a
4428 civil fine and that no other

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[IA]
[Page number 66 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A

Dated on, 08/16/2024

File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

4429 source of income can
4430 eliminate the monetary
4431 debt as United States
4432 District Court is the only
4433 debtor incurring costs in
4434 this case so far so the
4435 Plaintiff – Creditor may
4436 definitely be paid from the
4437 action and because the
4438 court ordered that
4439 explicitly be the case, so
4440 all qualifications provided
4441 by the federal government
4442 for such payment are
4443 provided before in
4444 preparation for payment
4445 and to satisfy 28 U.S.C
4446 1920 requirements for
4447 payment and requiring
4448 Federal agencies to pay for
4449 any discrimination or
4450 whistleblower judgment,
4451 award, or settlement
4452 should improve agency
4453 accountability with respect
4454 to discrimination and
4455 whistleblower laws per 28
4456 U.S.C 1920 and because
4457 Mackenzie Rae Mattox

4458 needs payment as she is
4459 homeless and justice from
4460 counterfeiting and
4461 intentional discrimination,
4462 those things for this case
4463 are really similar. 41 U.S.C
4464 612 PAYMENT OF
4465 CLAIMS, CHAPTER 9
4466 CONTRACT DISPUTES,
4467 segment (a) judgments,
4468 any judgment against the
4469 United States on a claim
4470 under this chapter shall be
4471 paid promptly in
4472 accordance with the
4473 procedures provided by
4474 section 1304 of title 31 and
4475 make her a independent
4476 litigation authority so she
4477 can request the payment if
4478 the court does not.

4479 6.a.) Grant please United
4480 States District Court for
4481 the Western District of
4482 Washington be the
4483 reimbursing agency for the
4484 judgment fund of the
4485 Bureau of Fiscal Services

4486 as the Plaintiff – Creditor
4487 does not have a funder to
4488 reimburse the judgment
4489 fund and the court will not
4490 suffer like the Plaintiff –
4491 Creditor will financially or
4492 physically from
4493 reimbursing the fund.
4494 Both, judgment fund and
4495 court seem to be partners
4496 of some sort anyhow so it
4497 will be sufficient to
4498 continue supplying each
4499 other with monetary goods.
4500

4501 7.a.) Grant please the
4502 secretary of treasury and
4503 the attorney general certify
4504 the bill of costs to satisfy
4505 the Bureau of Fiscal
4506 Services requirements for
4507 payment.
4508

4509 8.a) Grant please Jerry Fay
4510 Hawkins be arrested and
4511 sentenced for 20 years for
4512 there are noncourt and

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[IA]
[Page number 67]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024        File number:
                                                          *(to be filled in by the clerk's*
                                                          *office)*
                                                          **United States District Court**
                                                          **for the Western District of**
                                                          **Washington**

4513  court sames which make
4514  him committed to crimes
4515  and the public will be safer
4516  with him in prison and that
4517  was relief granted to the
4518  Plaintiff – Creditor that has
4519  not been executed yet, or
4520  something that effects the
4521  same thing.

4522

4523  9.a.) Grant please Rich
4524  Kelley, Jose De La Rosa,
4525  and David Cohen in State
4526  Florida be arrested and
4527  sentenced for 5 years for
4528  they have been committed
4529  to intentional
4530  counterfeiting and
4531  discrimination and the
4532  Plaintiff- Creditor will feel
4533  better knowing they cannot
4534  deprive people for that
4535  long and are discouraged
4536  to do it again, or something
4537  that affects the same thing.

4538  10.a.) Grant please Habeas
4539  Corpus as it appears to be

4540  designed for sentencing
4541  hearings and is attached to
4542  Forma Pauperis rule to
4543  make the case smooth.

4544

4545

4546

4547

4548

4549

4550

4551

4552

4553

4554

4555

4556

4557

4558

4559

4560

4561

4562

4563

4564

4565

4566

4567

4568

4569

4570

4571

4572

Preparing the paper, Mackenzie
Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave,    Ne,    Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[ IA ]
[Page number 68 ]

*Sd Mackenzie Rae Mattox*

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024        File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

1  # __Introduction__

2  *The transcribe is meant to*
3  *be read from left to right*
4  *within their columns and*
5  *the columns continue down*
6  *vertically and sometimes in*
7  *the next column, starting at*
8  *the column top and*
9  *proceeding with the same*
10 *linguistic pattern described*
11 *in this sentence. The last*
12 *column counted that is the*
13 *3rd column, its discussion*
14 *continues in the 1st column*
15 *on the next page in the*
16 *same pattern in this*
17 *paragraph.*

18 *[Paragraph 1]*

19 *The Plaintiff – Creditor is*
20 *asking, money be paid to*
21 *her from the United States*
22 *Courts Judgement fund of*
23 *the Bureau of the Fiscal*
24 *Service after she was*
25 *damaged by two collection*
26 *agencies prima faci and*
27 *three major credit bureaus*
28 *while she is owed money*
29 *from an employment*
30 *contract with JayHawk*
31 *Logistics Inc, court*
32 *judgements from Office of*
33 *Administrations Court and*
34 *Snohomish County*
35 *Superior Court, from Debt*
36 *Collectors International*
37 *and HF Holdings, homeless*
38 *and unemployed, and*
39 *trying to save herself with*
40 *those things and protect*
41 *goods and services; and 1*
42 *Washington resident be*
43 *arrested and 3 Florida*
44 *residents be arrested by an*
45 *extradition process after*
46 *they have been seen hiding*
47 *from their liabilities and*
48 *laws warrant felony*
49 *sentencing which the*
50 *Plaintiff – Creditor is*
51 *encouraging at this time as*
52 *the latter have lost*
53 *humanity or altruistic ethic.*
54 *The Plaintiff – Creditor*
55 *does not view the case as*
56 *complex and has been*
57 *under the impression*
58 *outside the United States*
59 *District Court for the*
60 *Western District of*
61 *Washington that this case*
62 *may proceed and what is*
63 *being requested can*
64 *successfully be granted and*
65 *executed and while*
66 *creating great benefit for*
67 *common law and the public*
68 *as the monetary relief will*
69 *redeem the victim, and the*
70 *arrests will save current*
71 *victims who have not*
72 *reported Defendant –*
73 *Debtor(s) in this case and*
74 *anyone from becoming a*
75 *victim from the Defendant –*
76 *Debtor(s) in this case.*

77 *[Paragraph 2]*

Case Number:
[ I ]
[Page number 1 ]

S/[ *Mackenzie Rae Mattox* ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Preparing the paper, Mackenzie Rae Mattox
 *(Plaintiff – Creditor)*
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A

Dated on, 08/26/2024

File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

78 *The Plaintiff – Creditor will*
79 *be viewed as have reported*
80 *crimes for merit and solid*
81 *money relief and*
82 *redeeming*
83 *humanity ,altruistic ethic,*
84 *and encouraging the*
85 *United States District*
86 *Court for the Western*
87 *District of Washington to*
88 *pursue a case that will help*
89 *the court accomplish its*
90 *goals, and the United States*
91 *District Court for the*
92 *Western District of*
93 *Washington will be viewed*
94 *as a Defendant – Debtor*
95 *which was made a*
96 *Defendant – Debtor merely*
97 *to indicate it was included*
98 *in the discussion, it has lost*
99 *humanity and altruistic*
100 *ethic, it has rights, and the*
101 *ability to make and paid a*
102 *debt and will not be viewed*
103 *as have done the crimes the*
104 *Plaintiff – Creditor has*
105 *reported. The Defendant(s)*
106 *- Debtor(s), Debt*

107 *Collectors International*
108 *and Rich Kelley, HF*
109 *Holdings and Jose De La*
110 *Rosa and David Cohen will*
111 *be viewed as have*
112 *intentionally committed*
113 *crime(s) the Plaintiff –*
114 *Creditor has reported, have*
115 *lost humanity and altruistic*
116 *ethic, have limited rights in*
117 *this case, the ability to*
118 *make and paid a debt and*
119 *have been included to be*
120 *arrested. [Paragraph 3]*

121 *Each title typed for this*
122 *case is indicating unique*
123 *documents. On the papers*
124 *bottom it has abbreviated*
125 *titles and page numbers to*
126 *help the reader know what*
127 *topic the discussion is in*
128 *and how many pages the*
129 *topic and discussion have.*
130 *For example, LMA is an*
131 *abbreviation for Legal*
132 *Memorandum Authority*
133 *and the documented topic*
134 *has 2 pages.*

135 *[Paragraph 4]*

136 *There is a Contents Table*
137 *and Glossary, please use it*
138 *as it is unique, term(s) use*
139 *is limited for this case*
140 *intentionally to highlight*
141 *the Plaintiff – Creditor*
142 *personal needs and*
143 *viewpoint which helps keep*
144 *the case narrow and allows*
145 *litigants to say to other*
146 *people who try to tell it how*
147 *it is and are wrong, that*
148 *they are wrong with*
149 *undeniable support by*
150 *some perspective, which*
151 *she is sharing and has been*
152 *a need.*

153 *[Paragraph 5]*

154 *Mackenzie Rae Mattox is*
155 *mad, she has been homeless*
156 *for 4 years 1,138 days,*
157 *27,312 hours, 1,638,720*
158 *minutes, 98,323,200*
159 *seconds. Her former*

S/[ *Mackenzie Rae Mattox* ]

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[ I ]
[Page number **2** ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A          Dated on, 08/16/2024          File number:
(to be filled in by the clerk's office)
**United States District Court for the Western District of Washington**

160 *employer Jerry Fay*
161 *Hawkins attacked her*
162 *finances in year 2021 after*
163 *month and day, June 11th,*
164 *unexpectedly and*
165 *unwarranted. Ever since*
166 *then, his theft has made*
167 *Mackenzie homeless,*
168 *struggling for needs with*
169 *minimal healthy social*
170 *interactions, and*
171 *unemployment and Office*
172 *of Administrations Court*
173 *and Snohomish County*
174 *Superior Court gave her*
175 *judgement orders that state*
176 *she is owed money but she*
177 *has not received any money*
178 *and so she is pissed and*
179 *thinks the courts she has*
180 *spoken with should feel*
181 *shame too because being*
182 *homeless for 1,138 days,*
183 *27,312 hours, 1,638,720*
184 *minutes and 98,323,200*
185 *seconds is way to long and*
186 *immorally long to be*
187 *suffering from a thriving*
188 *trade especially because*

189 *the courts were purporting*
190 *they wanted to help her not*
191 *suffer from her*
192 *homelessness any longer*
193 *and she thinks the courts*
194 *could have paid her.*

195 *[Paragraph 6]*

197 <u>Invitation:</u>

198 *The Plaintiff – Creditor is*
199 *formally inviting the United*
200 *States District Court for the*
201 *Western District of*
202 *Washington jurors to her*
203 *inviolate party.*

206 <u>Single set of circumstances</u>
207 <u>limiting realization(s) from</u>
208 <u>claims:</u>

209 *Glossary term and*
210 *conditions, The requests,*
211 *Plaintiffs' -Creditors*
212 *Nature, The Documents*
213 *Content/Topics and*

214 *Discussion, Document*
215 *function, Power function,*
216 *What it can be related to,*
217 *Permission.*

218
219
220
221
222
223
224
225
226
227
228
229
230
231
232

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

S/ *Mackenzie Rae Mattox*

Case Number:
[ I ]
[Page number 3 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024        File number:
                                                          *(to be filled in by the clerk's*
                                                          *office)*

✱ Notes page.                                             **United States District Court**
                                                          **for the Western District of**
                                                          **Washington**

| 233 | 249 | 265 |
| 234 | 250 | 266 |
| 235 | 251 | 267 |
| 236 | 252 | 268 |
| 237 | 253 | 269 |
| 238 | 254 | 270 |
| 239 | 255 | 271 |
| 240 | 256 | 272 |
| 241 | 257 | 273 |
| 242 | 258 | 274 |
| 243 | 259 | 275 |
| 244 | 260 | 276 |
| 245 | 261 | 277 |
| 246 | 262 | 278 |
| 247 | 263 | 279 |
| 248 | 264 | 280 |

Preparing the paper, Mackenzie
Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave,       Ne,       Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

S/ Mackenzie Rae Mattox

Case Number:
[      ]
[Page number 4 ]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024          File number:
                                                            *(to be filled in by the clerk's office)*
                                                            **United States District Court for the Western District of Washington**

281

306
307

335
336

282

308 Second Court,
309 Snohomish County
310 Superior Court,
311 proceeding
312 provision

337 ❑ Injunction
338 attachment
339 page 60-68

283

284 **Contents Table**

313 page # ms 13 - 18

340 ❑ Mackenzie Rae
341 Mattox History
342 page 53 - 59

285 ❑ Introduction
286 page 1 - 3
287

314
315 ❑ Complaint,
316 Mackenzie Rae
317 Mattox, Debt
318 Collectors
319  International and
320 Rich Kelley, HF
321 Holdings and Jose
322 De La Rosa and
323 David Cohen,
324 JayHawk Logistics
325 Inc. and Jerry Fay
326 Hawkins
327 page 19 - 35

343
344 ❑ Glossary
345 page 69 - 70
346 ❑ Application for
347 Forma Pauperis
348 page 71 - 72
349 ❑ Proposed Order
350 page 73 - 80

288 ❑ Contents Table
289 page 5 -
290

291 ❑ Civil Cover Sheet
292 page 7 - 8
293
294

295 ❑ JS – 44 Revision
296 03/24 Civil Cover
297 Sheet
298 page 9 - 10
299

351
352 ❑ "Bill of Costs"
353 form
354 page 81 - 82
355 ❑ Summons
356 page 83 - 85
357 ❑ Jury Instructions
358 page 86 - 107
359 ❑ Evidence page

300 ❑ AO 120 Revision
301 08/10
302 page 11
303

328
329 ❑ Modular Thesis
330 page 36 - 46
331

304 ❑ AO 121 Revision
305 06/16
page - 12

332
333 ❑ Complaint and
334 injunction
page 47 - 52

360 numberless to keep quality as original as possible

❑ Evidence page numberless to keep quality as original as possible

[ ✻ Addition! ] ❑ Judgement fund voucher for payment; page 109 - 111
S/[ Mackenzie Rae Mattox ]

Preparing the paper, Mackenzie Rae Mattox
*(Plaintiff – Creditor)*
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[CT]
[Page number 5 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A          Dated on, 08/16/2024          File number:
                                                  *(to be filled in by the clerk's office)*

                                                  **United States District Court for the Western District of Washington**

| | | |
|---|---|---|
| 361 | 377 | 393 |
| 362 | 378 | 394 |
| 363 | 379 | 395 |
| 364 | 380 | 396 |
| 365 | 381 | 397 |
| 366 | 382 | 398 |
| 367 | 383 | 399 |
| 368 | 384 | 400 |
| 369 | 385 | 401 |
| 370 | 386 | 402 |
| 371 | 387 | 403 |
| 372 | 388 | 404 |
| 373 | 389 | 405 |
| 374 | 390 | 406 |
| 375 | 391 | 407 |
| 376 | 392 | 408 |

S/ Mackenzie Rae Mattox

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[   ]
[Page number 6 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                Dated on, 08/16/2024        File number:
                                                       *(to be filled in by the clerk's office)*
                                                       **United States District Court for the Western District of Washington**

557

558

559

560

561

562

### Second Court, Snohomish County Superior Court, proceeding provision

568

569 The case was long so the
570 Plaintiff – Creditor wanted
571 to provide an explanation
572 about it that shows how
573 she perceived and holds
574 the case.

575 Mackenzie Rae Mattox
576 went to court in
577 Snohomish County for her
578 case 2-32-01391-31, with

579 the same strategy she is
580 using for this case.

581 Yes, some of her
582 documents are sloppy.

583 Yes, her documents are
584 sufficient for their purpose.
585 Their purpose is to support
586 Mackenzie getting real
587 solid money from Jerry
588 Fay Hawkins. They are
589 indicators of crime also.

590 Not, all 143 documents
591 have a employed judges'
592 signature on them but the
593 court did not require that
594 condition for all 143
595 documents, not once.

596 The court did require
597 written documents to allow
598 a proceeding.

599 The case discussion went
600 back and forth in-between
601 concurring and dissenting
602 opinions from the court's
603 judges about the court's
604 procedural rules more than

605 the Plaintiff – Creditors
606 merits, claims and defenses
607 regarding the entry for
608 default rule, mail service
609 rule and appearances,
610 signatures, and forma
611 pauperis and what it
612 covered in that court,
613 particularly copies and the
614 word fee, judicial conduct,
615 attorney conduct,
616 defendant conduct, speedy
617 and just trial rules,
618 emergency litigation rules,
619 civil and criminal case
620 indicators, orders and
621 judgements, the courts
622 duty to provide answers
623 without viewing them as
624 advice to not be ignorant,
625 permissions,
626 interpretations, and format
627 requirements, lack of judge
628 initiative, pro se forms,
629 calendar note content, and
630 delusion or impropriety
631 being caused.

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[SCP]
[Page number 13 ]

S/ MacKenzie Rae Mattox

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                 Dated on, 08/16/2024        File number:
                                                        *(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

632 Mackenzie presented solid
633 evidence and a request for
634 the case to proceed without
635 paying the case filing fee,
636 and it was granted. Forma
637 Pauperis was granted.
638 Mackenzie proceeded with
639 the nature throughout the
640 whole case, understanding
641 the grants provided a same
642 for her, the judge was
643 siding with her. With the
644 common understanding
645 used in a number of other
646 years for supporting
647 litigation for relief, a judge
648 would not waste their
649 resources or grant a case if
650 there was not good enough
651 evidence to obtain money,
652 or, if there were no merits.

653 Proceed meant open or
654 continue or vice versa,
655 open or continue meant
656 proceed.

657 Mackenzie demanded the
658 defendant write his own
659 letters or defense response

660 and pay his debt without
661 anyone else, all alone, by
662 himself, or as oneself 143
663 times with the court.

664 There were more times
665 Mackenzie demanded Jerry
666 pay her the money he
667 owed her before the second
668 court case was opened.

669 Mackenzie considered
670 Jerry to be on probation
671 during the court case. The
672 defendant has not been
673 arrested yet but there is a
674 police statement she has
675 not gotten an update from.

676 There was no pretrial
677 conference for a restriction
678 or injunction that
679 calibrated and modulized
680 the case like what has
681 occurred in this court with
682 this case.

683 Mackenzies case
684 discussions were held back
685 numerous times by judges
686 because the unique case

687 was not calibrated and
688 designed to include one
689 document style for the
690 whole case. The case was
691 allowed to proceed wildly,
692 majorly relying on
693 linguistic module pattern
694 reading. Quid for Quo.

695 Mackenzie tried to
696 calibrate and modulize the
697 case but her requests were
698 declined.

699 Mackenzie thinks the
700 judges were maybe
701 defending themselves from
702 public criticism by being
703 rebellious on the
704 calibration requests in a
705 nature they could be
706 rebellious in and to share
707 that aspect of litigation
708 with the Plaintiff –
709 Creditor. There were cases
710 and jurors, a large amount
711 at that court at that time.

712 Mackenzie had
713 experienced the more

s/ Mackenzie Rae Mattox

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Case Number:
[scp]
[Page number 14 ]

Preparing the paper, Mackenzie
Rae Mattox
*(Plaintiff – Creditor)*
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A                Dated on, 08/16/2024        File number:
                                                      *(to be filled in by the clerk's office)*

                                                      **United States District Court for the Western District of Washington**

714 uniform litigation world
715 during her court case and
716 less, the radical one but
717 still had experienced the
718 radical one, and Jerry's
719 attorneys experienced the
720 more radical one which is
721 said because they got more
722 grants than the Plaintiff-
723 Creditor did, so that made
724 her a bit down and the
725 attorneys up.

726 Up is radical.

727 People were sharing with
728 her that she was wrong
729 about Jerry because the
730 court was granting the
731 attorneys something.
     ^ Telepathically (mm)
732 Mackenzie Rae Mattox
733 mentioned she had felt
734 suicidal because of the
735 whole courts litigation
736 nature and the court did
737 nothing to relieve her at
738 those times and denied her
739 motions to speed the case.
740 Another juror even tried to

741 help Mackenzie speed the
742 case because she was
743 suicidal, the court did
744 nothing to speed the case.
745 She bawled her eyes out to
746 a security guy on the first
747 floor who told her the
748 judges make their own
749 laws that violate merits all
750 the time there at that court
751 and the Plaintiff – Creditor
752 became concerned there
753 was nothing serious being
754 done about it. Snohomish
755 is a dangerous County to
756 control cases that way in.

757 Mackenzie's will and
758 wants were being ignored
759 to much there and, there
760 were not reasons to
761 justifiably deny
762 Mackenzie's motions. The
763 judges refused to share
764 their modular thesis; her
765 case had been samed
766 numerous times by other
767 judges and her motions
768 wouldn't have caused

769 unpredictable damage or
770 wasted time.

771 Mackenzie was encouraged
772 to fight for entry for default
773 judgement that the judge
774 would sign, she filed her
775 own, and they were denied
776 every time.

777 According to Mackenzie,
778 she ruled Jerry did not
779 respond to the case,
780 Mackenzie or the
781 Snohomish County
782 Superior Court once
783 because he did not appear
784 pro se, never stepped foot
785 in the Court throughout
786 365 days and more days
787 and didn't attend remotely,
788 or file and present any
789 personal declarations.

790 The law is being used to
791 render out the best possible
792 solution for relieving.
793 Mackenzie did decide to
794 keep rendering a solution
795 with the court for herself.

---

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[SCP]
[Page number 15 ]

S/ Mackenzie Rae Mattox

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024    File number:
                                                      *(to be filled in by the clerk's office)*

                                                      **United States District Court for the Western District of Washington**

796 The attorneys appeared
797 with their own notice of
798 appearance (NOA) which
799 was not Jerry Fay
800 Hawkins's but some
801 judges used that NOA to
802 deny entry for default over
803 and over. The Plaintiff was
804 like, "what?".

805 There were 2 summons
806 served by the same judge
807 and another judge said the
808 second summons wasn't
809 asking for a response to be
810 made within 20 days
811 because there was a
812 attorney notice of
813 appearance filed with no
814 evidence. There was no
815 court rule stating that
816 understanding that she
817 used to support that
818 decision and no personal
819 modular thesis either.
820 Mackenzie fought to have
821 her own modular thesis
822 understood but they
823 refused to grant it.

824 Mackenzie didn't take
825 their dissent as making her
826 less important than them
827 though, her own rulings
828 had power too.

829 Mackenzie asked that a
830 lawsuit be opened for solid
831 money relief and the court
832 directed her with a pro se
833 litigant handout sheet that
834 stated she must serve a
835 summons and complaint.
836 So she did.

837 The court had ordered on
838 their own, another
839 summons and complaint be
840 served on the defendant
841 even though he didn't want
842 contact and Mackenzie
843 was requesting a no
844 contact order denying the
845 rule that said parties had to
846 contact each other because
847 she already served one, he
848 didn't respond, and his
849 attorneys were threatening
850 to unlawfully restrain
851 Mackenzie with a

852 restraining order from the
853 court contact with no
854 evidence she was
855 dangerous or doing
856 anything illegal, which she
857 viewed as retaliation
858 against a protected action
859 but a judge had her serve
860 him any ways without
861 paying for the service
862 themselves jotting down
863 her concerns related to
864 contacting them.

865 And        then        another
866 complaint was served by a
867 different judge from the
868 attorneys request to do so.

869 So, Mackenzie stated, Jerry
870 Fay Hawkins owed her
871 $6,500,000 with the court
872 lawsuit and the entry for
873 default judgement would
874 have capped his debt at
875 $6,500,000 and Mackenzie
876 was ruling that Jerry didn't
877 want to be charged more
878 from his no appearance.

S/[ *Mackenzie Rae Mattox* ]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[ SCP ]
[Page number 16 ]

Appendix A          Dated on, 08/16/2024          File number:

(to be filled in by the clerk's office)

**United States District Court for the Western District of Washington**

879 However, the court played
880 an interesting defense
881 line(s).

882          They ordered
883 two more complaints be
884 served, the ones already
885 mentioned above,
886 prevented entry for default
887 cap, allowed the debt to be
888 increasable from the cap
889 denial and ordered their
890 own complaints which had
891 to be served on Jerry, and
892 disallowed the case to be
893 identified as not having
894 Jerry's response. They
895 made it impossible for the
896 minimum debt to stay at
897 that amount.

898 Mackenzie thinks the
899 Court judges mocked Jerry
900 a little bit. Jerry wasn't
901 there but kept "appearing"
902 like he was there, by
903 sending his attorneys,

904 And then, the court was
905 like, Jerry you dumby, if

906 you weren't actually here,
907 if you would identify
908 yourself as not here like
909 Mackenzie suggested,
910 you'd only be charged
911 $6,500,000, but since you
912 insisted that you're there,
913 even though you're
914 actually not, we'll just let
915 you support your
916 "appearance" by paying
917 for attorneys (as a
918 punishment the court
919 didn't have to order) from
920 a more free and less
921 restrictive intelligent
922 standpoint, and since you
923 didn't care to learn about
924 the government and laws
925 which Mackenzie was
926 upset about as well, you
927 color outside of the lines
928 guy. We're creative too
929 and see your deception
930 preferences.

931 Mackenzie also
932 complained about the
933 unfair attorney advantage

934 because Mackenzie wanted
935 a 1 vs 1 case and Jerry
936 made it 1 vs 21. The
937 attorneys appeared to
938 devalue and cause
939 delusion, they were using
940 the word fact correctly to
941 say a fact was not a fact
942 and were trying to get
943 Jerry money from the case,
944 themselves money and
945 were trying to get the
946 judge(s) to allow Jerry to
947 get away with the crimes
948 he committed with no
949 relief granted to the
950 Plaintiff – Creditor even
951 though her case had Prima
952 Faci.

953 Mackenzie was guided to
954 read laws about treble
955 damage.

956 After 3 complaints were
957 served on Jerry Fay
958 Hawkins and all entry for
959 default requests were
960 denied and 2 complaints
961 were served without the

S/ Mackenzie Rae Mattox

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[5Cp]
[Page number]17]

Appendix A                Dated on, 08/26/2024      File number:
*(to be filled in by the clerk's office)*

**United States District Court
for the Western District of
Washington**

962 Plaintiff – Creditor
963 requesting them be served,
964 she concluded the court
965 was giving her more
966 money and the debt
967 became $19,000,000.
968 Treble damage laws state
969 that if the court treble
970 damages they will usually
971 order 2 more complaints
972 from the Plaintiff –
973 Creditors complaint and
974 order the same money
975 amount be billed and from
976 any law or unfair litigation
977 competition, 1 vs 21.
978 $6,500,000 x 3 =
979 $19,000,000.

980 The judges seemed older
981 than Mackenzie and they
982 might have experienced
983 worse reactions to the case
984 and attached their own
985 history to it and felt
986 Mackenzie deserved more
987 money and treble
988 damaging discouraged the
989 criminal actions more.

990 Mackenzie also partly
991 mentioned her strategy for
992 identifying a treble
993 occurring to the United
994 States District Court for
995 the Western District of
996 Washington in the third
997 case, and the court did not
998 dissent. At that point she
999 was owed $13,000,000.

1000 Mackenzie felt the judges
1001 for the Snohomish County
1002 Court wanted her to
1003 emphasize that they
1004 strongly wanted Jerry
1005 punished for his con style.

1006 The case was dismissed in
1007 Mackenzie's favor, she
1008 won. On the dismissal
1009 order there is a explicit
1010 statement from the judge
1011 saying the Plaintiff -
1012 Creditor can claim relief.

1013 And there's no statement
1014 saying how Mackenzie
1015 must obtain her solid
1016 money relief.

1017 Near the cases 4th quarter,
1018 she thought Jerry was
1019 trying to murder her.

1020 The attorneys and Jerry
1021 were not granted an award
1022 or compensation from their
1023 litigation even though they
1024 requested.

1025 Mackenzie noticed Jerry
1026 and the collection agencies
1027 have operated similarly.

1028
1029
1030
1031
1032
1033
1034
1035
1036
1037
1038

S/ *Mackenzie Rae Mattox*

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Case Number:
[scp]
[Page number 18]

Preparing the paper, Mackenzie
Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave,       Ne,       Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A                    Dated on, 08/16/2024        File number:
                                                          *(to be filled in by the clerk's office)*

                                                          **United States District Court
                                                          for the Western District of
                                                          Washington**

2554    judgement orders    2579    10. Jose De La Rosa,    2606    they were
2555    they received.      2580        and David Cohen     2607    collecting.
2556                        2581        emailed they could  2608
                            2582        collect with the
2557    7. HF Holdings      2583        judgement orders    2609    13. David Cohen stated
2558       advertised they do 2584      they received.      2610        HF Holdings has
2559       not charge money  2585                           2611        not worked with
2560       for services if they 2586                        2612        written judgements
2561       do not recover    2587    11. Jose De La Rosa,    2613        in over 20 years,
2562       money from the    2588        and David Cohen     2614        indicating a time
2563       debtor.           2589        emailed they could  2615        where they left off
2564                         2590        not collect with the 2616      using hand written
2565    8. Jose De La Rosa   2591        judgment orders     2617        judgements and
2566       confirmed the no  2592        they received.      2618        indicated HF
2567       recovery no charge                                2619        Holdings did accept
2568       advertisement in a 2593    12. Rich Kelley, and   2620        written judgements
2569       phone call.       2594        Jose De La Rosa     2621        at that time.
2570                         2595        and David Cohen     2622
2571    9. Jose De La Rosa   2596        collected before    2623
2572       emailed he could  2597        and after they said 2624    14. HF Holdings was
2573       not collect without 2598      they could not. The 2625        opened in year
2574       the Creditor paying 2599      business starts     2626        2012, the industrial
2575       a skip trace fee  2600        collecting after it is 2627     server is not 20
2576       before he recovered 2601      opened for          2628        years old.
2577       anything.         2602        servicing the day.  2629
2578                         2603        Times they were     2630    15. Rich Kelley, Jose
                            2604        communicating       2631        De La Rosa and
                            2605        with Mackenzie,             David Cohen

S/ Mackenzie Rae Mattox ]

Case Number:
[ **MT** ]
[Page number **37** ]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Preparing the paper, Mackenzie
Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A                    Dated on, 08/26/2024          File number:
                                                           *(to be filled in by the clerk's office)*
                                                           **United States District Court for the Western District of Washington**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2632 | worked with the | 2658 | stored judgement | 2685 | resent to Jose De | |
| 2633 | written judgement | 2659 | orders to 3 credit | 2686 | La Rosa. | |
| 2634 | orders. | 2660 | bureaus, Experion, | | | |
| | | 2661 | TransUnion, and | 2687 | | |
| 2635 | | 2662 | Equifax. | 2688 | 21. Mackenzie tried | |
| 2636 | 16. HF Holdings admin | 2663 | | 2689 | reasoning with Jose | |
| 2637 | advertised the | | | 2690 | De La Rosa after he | |
| 2638 | industrial server | 2664 | 19. Jose De La Rosa | 2691 | asked her to resend | |
| 2639 | merely works with | 2665 | demanded with an | 2692 | her judgement | |
| 2640 | written judgments. | 2666 | email and a phone | 2693 | orders because the | |
| 2641 | | 2667 | call; Mackenzie | 2694 | need didn't make | |
| | | 2668 | resend the | 2695 | logical sense to her. | |
| 2642 | 17. Jose De La Rosa | 2669 | judgement orders | 2696 | | |
| 2643 | emailed the | 2670 | he claimed he | | | |
| 2644 | statement, once HF | 2671 | could not work | 2697 | 22. Jose De La Rosa | |
| 2645 | Holdings receives | 2672 | with. | 2698 | questioned | |
| 2646 | judgement orders, | 2673 | | 2699 | Mackenzie after her | |
| 2647 | they are | | | 2700 | attempt to secure | |
| 2648 | immediately | 2674 | 20. Jose De La Rosa | 2701 | her collection | |
| 2649 | removed for | 2675 | demanded with an | 2702 | process. | |
| 2650 | privacy reasons, | 2676 | email and a phone | 2703 | | |
| 2651 | they do not store | 2677 | call, Mackenzie | | | |
| 2652 | the judgement | 2678 | Rae Mattox resend | 2704 | 23. Jose De La Rosa | |
| 2653 | orders. | 2679 | the judgement | 2705 | psychologically | |
| 2654 | | 2680 | orders because | 2706 | abused Mackenzie | |
| | | 2681 | Experion, | 2707 | when he questioned | |
| 2655 | 18. Jose De La Rosa | 2682 | TransUnion, and | 2708 | her with a email | |
| 2656 | emailed a statement | 2683 | Equifax were | 2709 | stating *we are* | |
| 2657 | that showed he sent | 2684 | demanding they be | 2710 | ***trying to help, is*** | |

Preparing the paper, Mackenzie Rae Mattox
*(Plaintiff – Creditor)*
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

S/ Mackenzie Rae Mattox ]

Case Number:
[ MT ]
[Page number 30 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024          File number:
                                                            *(to be filled in by the clerk's office)*

**United States District Court
for the Western District of
Washington**

2711  ***there any***
2712  ***particular reason***
2713  ***why you are trying***
2714  ***to avoid sending***
2715  ***the documents that***
2716  ***validate that you***
2717  ***are owed this***
2718  ***money?*** She felt
2719  the conversation as
2720  love bombing from
2721  the word help and,
2722  why are you beside
2723  yourself? -
2724  indicating
2725  personality damage
2726  and a need to
2727  criticize individual
2728  habits.
2729
2730  24. Jose De La Rosa
2731  was caught lying
2732  about the
2733  judgement orders
2734  not having a
2735  monetary amount
2736  of money on them
2737  and being valid
2738  after the bolded

2739  words in segment
2740  23 as he asked for
2741  the judgement
2742  orders, he received
2743  be resent.
2744
2745  25. Mackenzie Rae
2746  Mattox gave Jose
2747  De La Rosa reasons
2748  for not resending
2749  her judgement
2750  orders before he
2751  stated she did not.
2752
2753  26. Jose De La Rosa
2754  triggered escape
2755  feelings when he
2756  used the words
2757  trying to avoid and
2758  tell me why and
2759  crazed the nature
2760  the Plaintiff –
2761  Creditor was in.
2762

2763  27. Experian is
2764  misspelled as
2765  Experion.
2766
2767  28. Experian has a
2768  terms and condition
2769  glossary that shows
2770  the word
2771  judgement.
2772  \* They do not work with judgements.
2773  29. TransUnion does
2774  not have a terms
2775  and condition
2776  glossary that shows
2777  the word judgment.
2778  \* They do not work with judgements /forbidden.
2779  30. Equifax does not
2780  have a terms and
2781  condition glossary
2782  that shows the
2783  word judgement.
2784  \* They do not work MRM with judgements forbidden. their partner does
2785  31. Debt Collectors
2786  International does
2787  not have an

Case Number:
[MT]
[Page number 39 ]

*S/ Mackenzie Rae Mattox*

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Preparing the paper, Mackenzie
Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51ˢ
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A    Dated on, 08/16/2024    File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

2788    advertised term and
2789    condition glossary.

2791    32. HF Holdings has a
2792        New York City
2793        (NYC) glossary
2794        that does show the
2795        word judgement.

2797    33. HF Holdings
2798        glossary shows
2799        judgement term
2800        condition is an
2801        order issued by a
2802        court stating the
2803        outcome of a
2804        lawsuit.

2806    34. Washington State
2807        Courts glossary
2808        shows judgement
2809        term condition is
2810        the final decision of
2811        the court, resolving
2812        the dispute; an
2813        opinion; an award.

2814
2815    35. United States
2816        Courts glossary
2817        shows judgement
2818        term condition is
2819        the official decision
2820        of finally resolving
2821        the dispute between
2822        the parties to a
2823        lawsuit.

2824
2825    36. The glossaries term
2826        and condition
2827        judgment does not
2828        include the words
2829        or conditions,
2830        writing, signed by a
2831        judge or monetary
2832        amount and others
2833        like written,
2834        transcribed,
2835        documented, filed,
2836        certified, sealed,
2837        stamped, money,
2838        merely, plaintiff,
2839        defendant, venue,
2840        case number,
2841        abbreviations, and

2842    similar words and
2843    conditions.

2845    37. Experian
2846        judgement term
2847        condition is the
2848        determination of a
2849        court upon matters
2850        submitted to it. A
2851        final determination
2852        of the rights of the
2853        parties involved in
2854        the lawsuit.

2856    38. Jose De La Rosa
2857        asked Mackenzie to
2858        pay a skip trace
2859        collection fee.

2861    39. Mackenzie Rae
2862        Mattox paid the
2863        skip trace
2864        collection fee even
2865        though she did not
2866        want to, asset
2867        collection was not

Preparing the paper, Mackenzie Rae Mattox
*(Plaintiff – Creditor)*
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

*s/* Mackenzie Rae Mattox ]

Case Number:
[ MT ]
[Page number 40 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                Dated on, 08/16/2024        File number:
                                                       *(to be filled in by the clerk's office)*

United States District Court
for the Western District of
Washington

| | | |
|---|---|---|
| 2868 | the service she was | 2894 | with her judgement | 2921 | schedule which has |

2868 the service she was
2869 requesting.
2870

2871 40. Mackenzie Rae
2872 Mattox asked Jose
2873 De La Rosa to
2874 provide her results
2875 from the skip trace
2876 collection.
2877

2878 41. Jose De La Rosa
2879 refused to provide
2880 Mackenzie Rae
2881 Mattox asset results
2882 from the skip trace
2883 fee payment, and
2884 Collection . (NEW)

2885 42. Jose De La Rosa
2886 said in writing an
2887 email, the skip
2888 trace collection was
2889 a part of the whole
2890 collection process
2891 and because HF
2892 Holdings was
2893 refusing to work

2894 with her judgement
2895 orders, the skip
2896 trace fee results
2897 could not be
2898 provided.
2899

2900 43. Jose De La Rosa
2901 collected without
2902 the skip trace
2903 collection, skip
2904 trace collection fee
2905 payment, and
2906 results from the
2907 skip trace
2908 collection before
2909 and after the skip
2910 trace collection fee
2911 was paid for.
2912

2913 44. HF Holdings, Jose
2914 De La Rosa and
2915 other employees
2916 who have a written
2917 employment
2918 contract and a
2919 written expected
2920 employment

2921 schedule which has
2922 the employer and
2923 the employees
2924 name written on it
2925 and incurs expected
2926 wages from HFH
2927 expected
2928 appropriated funds,
2929 worked without
2930 results from the
2931 skip trace
2932 collection with 24
2933 days before they
2934 refunded the $150
2935 fee.
2936

2937 45. Jose De La Rosa
2938 questioned
2939 Mackenzie Rae
2940 Mattox after she
2941 attempted to secure
2942 her collection
2943 process.
2944

2945 46. Rich Kelley, Jose
2946 De La Rosa, and
2947 David Cohen

Preparing the paper, Mackenzie
Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[WA]
[Page number 41]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024          File number:
                                                            *(to be filled in by the clerk's office)*

                                                            **United States District Court
                                                            for the Western District of
                                                            Washington**

2948 supported industrial
2949 servers they work
2950 for and did not
2951 prevent this lawsuit
2952 by establishing a
2953 advertisement and
2954 service that
2955 customers would
2956 work with
2957 smoothly and
2958 without unexpected
2959 cancellation or
2960 rejection or
2961 delusion.

2962

2963 47. Rich Kelley, Jose
2964 De La Rosa and
2965 David Cohen
2966 projected their
2967 criminal identity
2968 onto a guileless
2969 client slowly and
2970 slyly.

2971

2972

2973 <u>Answer for itemized</u>
2974 <u>events:</u>

2975 The Plaintiff – Creditor did
2976 not think Debt Collectors
2977 International and HF
2978 Holdings were
2979 counterfeiting service
2980 immediately after
2981 requesting service but did
2982 after service was accepted.

2983 Mackenzie Rae Mattox
2984 held her beliefs about her
2985 judgement orders being
2986 sufficient documents to
2987 collect with after she did
2988 not find intricate
2989 definitions for judgements
2990 or orders posted on
2991 industrial server websites.
2992 When she looked for
2993 collection service the
2994 websites merely said the
2995 industrial server it was
2996 supporting worked with
2997 law or court judgements or
2998 court orders. Mackenzie
2999 submitted transcribe
3000 information with the
3001 industrial server(s)
3002 application(s) and some
3003 industrial servers contacted

3004 her back. Debt Collectors
3005 International and HF
3006 Holdings contacted
3007 Mackenzie back.

3008 Mackenzie Rae Mattox
3009 was honest about her
3010 judgement orders being
3011 written and missing a
3012 employed court judge
3013 signature on them because
3014 she thought telling them
3015 that would secure her
3016 collection after submitting
3017 a service request; she
3018 wanted to KNOW she was
3019 going to have unyielding
3020 consistent service because
3021 she is homeless, was tired
3022 from the long litigation and
3023 disappointments and she
3024 wanted to start spa-ing
3025 herself which would help
3026 her heal from her
3027 homelessness,
3028 unemployment, and social
3029 outcasted trauma; savings.

3030 Mackenzie thought a
3031 couple things during the
3032 collection process. The

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

S/ *Mackenzie Rae Mattox* ]

Case Number:
[ WAT ]
[Page number 42]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A          Dated on, 08/16/2024          File number:
                                                  *(to be filled in by the clerk's
                                                  office)*
                                                  **United States District Court
                                                  for the Western District of
                                                  Washington**

3033 collection agencies were
3034 maybe being coerced
3035 because they were working
3036 with written I.O.U
3037 judgements, the behaviors,
3038 identifying Mackenzie's
3039 judgement orders as
3040 sufficient or meeting the
3041 industrial servers'
3042 standards and then
3043 collecting, matched, the
3044 linguistic advertisements
3045 and then concerns related
3046 to coercion became visible
3047 after both industrial servers
3048 started rejecting their own
3049 confirmation and making
3050 delusion; would deviate
3051 from requests into other
3052 topics, would treat
3053 Mackenzie with
3054 questioning when they had
3055 ability to give themselves
3056 an answer without asking
3057 her to provide them an
3058 answer and treated
3059 conversations like they did
3060 not have conjugations
3061 attached or like they did

3062 not come from
3063 conjugations, stated they
3064 did not work with the
3065 materials they had worked
3066 with and didn't ask
3067 permission to document
3068 such a thing or work the
3069 way they were working.

3070 They were a bit tipsy and
3071 they deprived Mackenzie
3072 and themselves. Signs of
3073 sporadic loss of motor
3074 function/motor neurons
3075 and she thinks it was
3076 personally intentional and
3077 supported by laziness, it's
3078 maybe even a regular
3079 habit; having sporadic loss
3080 of motor function/motor
3081 neurons; concerted; for
3082 remaining not conservative
3083 or radical, like they would
3084 choose to space out or
3085 distract themselves and
3086 appear like they could not
3087 able themselves to do
3088 anything else.

3089 The Plaintiff – Creditor
3090 wanted to emphasize Debt
3091 Collector International and
3092 HF Holdings never said
3093 Mackenzie Rae Mattox
3094 had done something
3095 wrong; "*you* cannot work
3096 with your judgement
3097 orders"; but did say they
3098 did something wrong by
3099 obverting the obvious truth
3100 which made her think they
3101 had intentionally
3102 counterfeited; *we* cannot
3103 work with your judgement
3104 orders until they satisfy us.

3105 Importantly stated,
3106 Mackenzie finds it cruel to
3107 watch employers and
3108 employees deprive needs
3109 while also gorging
3110 themselves with the same
3111 ones, food, shelter,
3112 security, money, etc. and it
3113 is gorging in comparison.

3114 Finally, Mackenzie
3115 thought the industrial
3116 counterfeiting gave rise to

Preparing the paper, Mackenzie
Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave,      Ne,      Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Signed Mackenzie Rae Mattox ]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A          Dated on, 08/16/2024          File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

3117 the idea that they were
3118 being malicious after they
3119 knew they were taking
3120 needs away from a
3121 homeless unemployed
3122 person and that taking
3123 needs from a homeless
3124 unemployed person could
3125 indicate criminal activity
3126 as criminals are
3127 documented to take needs
3128 away.

3129

3130
3131 >*"you're right guys, he's*
3132 *going to give an answer*
3133 *and not merely think, and*
3134 *that described stupid." -*
3135 *Plaintiff – Creditor in*
3136 *United States District*
3137 *Court for the Western*
3138 *District of Washington.*

3139 Homer appears to be
3140 thinking here. To describe
3141 a sly influence, influencing
3142 to do something you
3143 weren't told to do. Homer
3144 was asked to solve a
3145 problem, solve is an
3146 adjective, provide a written
3147 answer is a syntax that
3148 described a different
3149 adjective; provide. I think
3150 the artist who made the
3151 image that has homer in it,
3152 wanted the reader to
3153 understand that solving did
3154 not include writing the
3155 answer from the despite
3156 word use and the
3157 indication that hesitation
3158 presented itself from not
3159 having an answer to write
3160 yet and the fact that Homer
3161 and no one else was
3162 writing in the image.
3163 Homer also looks like a
3164 light bulb with all the zig
3165 zags coming off of him.

3166
3167 >*"I feel free-er when I*
3168 *defy you slowly, I even*
3169 *questioned myself, he*
3170 *obviously told me what to*
3171 *do." - ...god maybe*

3172
3173 >*"Stay focused on your*
3174 *employed job, solid*
3175 *meditation isn't on my*
3176 *policy, you merely have*
3177 *to appear to be not*
3178 *meditating and succeed*
3179 *at finishing your solid*
3180 *tasks." - boss and other*

Preparing the paper, Mackenzie
Rae Mattox
 *(Plaintiff – Creditor)*
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[WIT]
[Page number 44]

S/ Mackenzie Rae Mattox

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A          Dated on, 08/26/2024          File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

3181 *employees. "I have*
3182 *stayed focused and*
3183 *meditated in such a*
3184 *positive atmosphere", I*
3185 *am succeeding from*
3186 *you telling me to*
3187 *succeed." But the*
3188 *customers don't know*
3189 *what your success*
3190 *looks like, they know*
3191 *what mine looks like." -*
3192 *boss and other*
3193 *employees. WERE*
3194 *WEARING NIKE LANNI*
3195 *NOT MICHEAL KORS. -*
3196 *analogy. " Succeeding*
3197 *at this business is*
3198 *shaped as something*
3199 *else and that is not it." -*
3200 *Boss and employees.*
3201 *The expectation after*
3202 *linguistic teaching is to*
3203 *look for signs that show*
3204 *you how to examine and*
3205 *determine the type of*
3206 environment you're
3207 functioning in, the best that
3208 you can, in a forever

3209 changing space on earth
3210 the planet. The largest
3211 most common, unopposed
3212 habit is representing
3213 accurately, charading
3214 exactly the words on
3215 paper.

3216

3217



3218

3219

3220 The societal expectation is
3221 to function very well with
3222 forensic evidence and
3223 forensic evidence is
3224 everything and everything
3225 causes a reaction and can
3226 be identified as a source
3227 for one reaction or many
3228 reactions. It is the societal

3229 expectation people
3230 function very well in
3231 imperfection less,
3232 controlled, and hyper
3233 focused natures that rely
3234 on pro-life to inspire and
3235 motivate the practice
3236 continuation. When DBI
3237 and HFH did not control
3238 their atmosphere very well,
3239 they caused the Plaintiff –
3240 Creditor damage.

3241

3242

3243

3244

3245

3246 **Why are your bones**
3247 **using my tongue? -**
3248 *Plaintiff – Creditor trying*
3249 *to juxtapose a employer as*
3250 *a skull who kills everything*

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[MRT]
[Page number 45]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

[S/ Mackenzie Rae Mattox]

Appendix A          Dated on, 08/26/2024          File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

3251 *because bones are signs of*
3252 *death and they try to*
3253 *appear alive with their*
3254 *employees' flesh and*
3255 *organs while projecting*
3256 *their employees as dead*
3257 *since they are*
3258 *impoverished.*

3259

3260

3261



3262
3263 Some employer is a Rous
3264 to describe a negatively
3265 selfish employer by their
3266 habitat and behavior, a
3267 mythical being that must
3268 be fought for they are
3269 rabid, flesh-eating
3270 intelligent beings which
3271 creep up on you, and gorge
3272 from you when they can.

3273 I'm afraid they are not
3274 humane and must be
3275 destroyed. They are also
3276 disease ridden. The rat is in
3277 there somewhere though,
3278 the tolerant one, that is
3279 why it is still alive. - stated
3280 as a fan of a few characters
3281 from the movie Princess
3282 Bride, Cary Elwes and
3283 Mandy Patinkin who
3284 would likely say such a
3285 thing for the film.

3286

3287

3288



3289

3290 The Plaintiff has attempted
3291 to invoke emotions with her
3292 writing and pictures she has
3293 provided. The statement is
3294 a   direction   telling   the
3295 reader   how   to   view   her

3296 struggles and related to the
3297 modular thesis less.



3298



3299

3300

3301

3302

3303

3304

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave,   Ne,   Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

*MacKenzie Rae Mattox* ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Case Number:
[MT]
[Page number 46 ]

Appendix A                 Dated on, 08/16/2024          File number:
                                                         *(to be filled in by the clerk's office)*

                                                         **United States District Court
                                                         for the Western District of
                                                         Washington**

3305

3306

3307

3308

3309

3310

3311

3312

3313

3314

3315 **Mackenzie Rae**

3316 **Mattox history**

3317

3318 From birth up until age 23,
3319 Mackenzie was a abused
3320 slave. She was drugged to
3321 be raped and tortured by
3322 her family and friends and
3323 murdered for numerous

3324 things but she thinks
3325 mostly for social
3326 dominance and distinct,
3327 not recreatable habitat. The
3328 people that drugged, raped,
3329 tortured and murdered her
3330 were misogynistic and
3331 killed her because she
3332 challenged the men and
3333 women by being loud and
3334 rowdy and she would try to
3335 defend herself often with
3336 sass and by telling them
3337 what to do. The men
3338 wanted her to be quiet
3339 most of the time because
3340 they were committing
3341 heinous crimes and being
3342 loud brought attention and
3343 she was controlled by
3344 profuse manners and treats
3345 but were loud themselves.

3346 Mackenzie didn't like it
3347 very much when DBI and
3348 HFH employees shared
3349 something with her in a
3350 committed way and then
3351 ended the commitment
3352 without logical reasons and

3353 by decepting because it
3354 triggered her PTSD related
3355 to human trafficking.

3356 Sometimes people would
3357 buy her things just to
3358 destroy them, over and
3359 over.

3360

3361 [PREPARE. THE
3362 STATEMENTS UNDER
3363 THIS CAPTION ARE
3364 REAL AND MAY
3365 TRIGGER
3366 UNCOMFORTABLE
3367 AND ABNORMAL
3368 SENSES]

3369 Mackenzie grew up as a
3370 abused slave who was
3371 forced by her family to
3372 remain in little self-worth.
3373 If she was not in the state
3374 worthless, she would
3375 annoy her family to try and
3376 escape her neglected
3377 conditions and make a
3378 worthy state that would
3379 challenge extremely

S[ Mackenzie Rae Mattox ]

Preparing the paper, Mackenzie
Rae Mattox
 (*Plaintiff — Creditor*)
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[ WMH ]
[Page number 53 ]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A          Dated on, 08/16/2024          File number:

*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

3380 dominant misogynistic
3381 men and their ideas about
3382 gender roles and
3383 habitability who would
3384 torture and murder her to
3385 be able to defend their
3386 planetary creations. If
3387 Mackenzie was confident,
3388 it would alarm others, her
3389 school mates, as it was an
3390 unusual behavior, like
3391 "woah, what changed,
3392 you're like a completely
3393 different human" or "I
3394 noticed you were talking
3395 more", discussion about
3396 differences merely, and her
3397 family was trying to cover
3398 up their heinous crimes. A
3399 quiet and unhabitable life
3400 meant no serious attention
3401 would appear because
3402 people were not informed
3403 or the path to survivors
3404 was very dangerous.

3405 She was born in Spokane
3406 Washington and she lived
3407 in Silver Firs in Mill Creek

3408 Washington a lot and other
3409 areas like Gig Harbor. She
3410 became a railroad slave,
3411 trafficked in the woods
3412 near abandoned things like
3413 train tracks, underneath
3414 them, at night or dusk and
3415 suffered some of the
3416 greatest pains. Shes been
3417 scalped alive, her ears
3418 would get chopped off
3419 randomly with a steak
3420 knife by her grandfather,
3421 she was filleted with a filet
3422 knife under something,
3423 silicone like, in her
3424 grandfather's garage, right
3425 through her ribs both sides.
3426 She was shot with guns,
3427 stabbed with big hunting
3428 knifes, and shot with
3429 arrows, she was forced to
3430 give illegal blood
3431 transfusions up in Stevens
3432 pass and her mom would
3433 drive her around to ask
3434 people if they wanted to
3435 kill me and they would
3436 resurrect me and hopefully

3437 she would wake up and to
3438 sell opioids and other
3439 things. They killed cats
3440 and dogs and forced her to
3441 eat them when Mackenzie
3442 did not want to. Mackenzie
3443 has been hung, cut open on
3444 the wrists to spread blood
3445 on the sidewalks in
3446 Millcreek, her grandma
3447 forced her to do that. She
3448 was forced to have babies
3449 at a very young age and
3450 her uncle would kill them
3451 and her mom would kill
3452 them with needle drugs in
3453 front of her or before they
3454 were born by injecting
3455 Mackenzie's stomach with
3456 drugs. That happened for a
3457 long time, till about just
3458 before 13 years old since
3459 she was an infant, and then
3460 she was just stabbed, shot,
3461 murdered, raped,
3462 impregnated, drugged, and
3463 her babies were given up
3464 for adoption and some
3465 murdered and prostituted

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

*Sr* Mackenzi Rae Mattox

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A

Dated on, 08/16/2024

File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

3466 and was almost sold to
3467 other families knowing her
3468 biological kinship
3469 relationships would be
3470 brutally ripped from her
3471 soul, her step dad like to
3472 murder the women's
3473 relationships they have
3474 with each other in the
3475 family and he lets them
3476 know that directly but not
3477 verbally and it is very
3478 obvious; her life up until
3479 18 years old. After 18
3480 years old a few guys
3481 named Brady Jay Coppage
3482 and Dalton Micheal Steven
3483 Wilt and their family
3484 members and friends they
3485 went to high school with
3486 and others sex trafficked
3487 for my family. The
3488 individuals who were not
3489 my biological family who
3490 did favors for my family
3491 would torture my mom
3492 with the idea that she
3493 should be grateful they
3494 were sex trafficking

3495 Mackenzie in Mill Creek
3496 still because if they were
3497 not, she would not see
3498 Mackenzie again. They
3499 were trying to traumatize
3500 her with natural mother
3501 bonds to children but were
3502 ganging with Heather Rae
3503 Mattox, Jeffersons
3504 husband Matthew Allen
3505 Jefferson and his family.
3506 There's more Mackenzie is
3507 still remembering after she
3508 escaped them successfully
3509 in year 2021, in year 2021
3510 Mackenzie was not friends
3511 with Brady or Dalton and
3512 lived in her own
3513 apartment. She stopped
3514 smoking cigarettes,
3515 marijuana, hookah and did
3516 not buy herself opioids or
3517 like LSD or anything like
3518 that, shrooms, heroin or
3519 meth or cocaine and it was
3520 easy for the most part
3521 surprisingly.

3522 Mackenzie has been living
3523 in her car since year 2021,
3524 she thinks the people who
3525 sex trafficked her
3526 mentioned above want her
3527 to take them to court and
3528 have them found guilty to
3529 prove some biases wrong,
3530 that are about heinous
3531 crimes and sex trafficking.
3532 They are also Christian and
3533 have shame, while
3534 Mackenzie is Christian
3535 also but does not have
3536 shame, she does not blame
3537 herself for what she did
3538 from their experiments.

3539 Employment was also
3540 weird, there was a whole
3541 social supporting that
3542 would make victims
3543 delusional and so a lot of
3544 people would appear as not
3545 knowing what happened to
3546 them according to
3547 Mackenzie Rae Mattox
3548 and people would use their
3549 drugged bodies, while they

Case Number:
[MM]
[Page number 55 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Preparing the paper, Mackenzie Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A                    Dated on, 08/16/2024          File number:
                                                            *(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

3550 were alive, to commit 3579 at 27 years old because of 3608 around others but she does
3551 more crimes. The police 3580 some behaviors she sees or 3609 not go hangout with people
3552 would not believe reports 3581 is exposed to and the 3610 at this point in her life
3553 because there was so much 3582 influences people try to 3611 which might also be
3554 delusion from the drugs 3583 include her in and she is 3612 affecting her employment,
3555 and traumatizing, boys and 3584 still raped by aliens, she 3613 people are reading her
3556 girls were saying things 3585 hopes and tries to make it 3614 independence and lack of
3557 were happening and not 3586 stop. The Plaintiff – 3615 long-lasting kinship. She is
3558 happening because they 3587 Creditor thinks she is 3616 very social though and
3559 were scared or 3588 having employment 3617 probably talked to
3560 experiencing ritual effects 3589 problems from being sex 3618 strangers verbally on the
3561 from other criminals who 3590 trafficked and might be 3619 sidewalks and outside the
3562 were trying to make people 3591 being discriminated against 3620 most out everyone who
3563 dare or "jump" to save 3592 or retaliated against from 3621 would walk on sidewalks
3564 their lives from very real 3593 the idea that victims can't 3622 or at parks who were
3565 demons amongst other 3594 be merely that or survivors 3623 walking, bike riding, ect
3566 things, star aliens, earth 3595 because their family 3624 which the statement is
3567 manipulation with fog and 3596 committed heinous crimes, 3625 dependent on the fact that
3568 other things in Mill Creek, 3597 amongst other things like 3626 she sees 99.9% not talking
3569 like with "fun" challenges 3598 biases that don't apply to 3627 to others on the sidewalks
3570 like run across the road 3599 my family like being 3628 or at parks. Most are not
3571 when you hear a certain 3600 sneaky significantly to the 3629 conversation starters but
3572 voice or they'll make your 3601 point where someone 3630 they like conversations if
3573 nose bleed and cause you 3602 would make sure everyone 3631 you start them. She would
3574 panic from it bleeding so 3603 knows it; her family was 3632 care for people by starting
3575 much, or bloody Mary 3604 honest and outspoken 3633 conversations, the lack of
3576 with the mirrors and 3605 about it. She is also very 3634 initiation to include others
3577 Mackenzie considers 3606 traumatized; she can use a 3635 in verbal interactions was
3578 herself to be trafficked still 3607 general trust strategy

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[MH]
[Page number 56 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                  Dated on, 08/16/2024          File number:

*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

3636 depressing for her and
3637 other people.

3638

3639 Some people would brag
3640 about being someone's
3641 endorsement to her to say
3642 that they were different
3643 and their endorser would
3644 not do the same things that
3645 had happened to her.
3646 Bragging was related to
3647 being better off or
3648 healthier, more loved and
3649 wealthier and could
3650 indicate gang signs. Those
3651 people would constantly
3652 create satisfaction when
3653 they were abusing flesh
3654 bodies and enjoying
3655 material things like money,
3656 silver, cars and clothes and
3657 social differences, making
3658 gratitude, like saying "I'm
3659 so grateful I'm not
3660 abused", "I'm so grateful
3661 I'm not her", "I'm so
3662 grateful for
3663 cheeseburgers", "I'm so

3664 grateful for god", and
3665 always referencing the
3666 extremely neglected nature
3667 when being grateful, the
3668 cause of the gratitude,
3669 which Mackenzie is
3670 suffering from constantly,
3671 the fact that she has not
3672 been able to successfully
3673 live without neglect and
3674 inequality due to memories
3675 thus far.

3676 So, when Mackenzie was
3677 reassured profusely by
3678 Rich Kelly and Jose De La
3679 Rosa, it was like a
3680 resurrection had occurred.
3681 She thought "oh my
3682 suffering condition is
3683 going away and I will not
3684 be suffering anymore"
3685 because that is her forced
3686 habit.

3687 She grew up very similar
3688 to the Chrisitan religious
3689 figure Jesus, she was born
3690 in "cheating" nature, she
3691 was perverted, ritualized,

3692 and taught or extremely
3693 controlled negatively while
3694 subjected to a god-fearing
3695 condition and, abuse and
3696 torture and death were still
3697 being realized all while the
3698 saviors like Mackenzie
3699 were cleaning a mess and
3700 preparing for hope or the
3701 next big resurrection,
3702 attempts to save us from
3703 oppression. The
3704 "resurrection", the act of
3705 "resurrecting", was
3706 accompanied by the
3707 creation that heaven would
3708 be better for her than being
3709 alive on earth or suffering
3710 from abuse and neglect.
3711 Resurrection is like feeling
3712 heaven but never actually
3713 getting there and feeling as
3714 Jesus was still considered
3715 the same after he died and
3716 remained on earth.
3717 Mackenzie is wanting to
3718 merely stay in heaven by
3719 collecting money and
3720 running away to be happier

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[MM]
[Page number 57]

*I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.*

Appendix A                Dated on, 08/16/2024        File number:
(to be filled in by the clerk's office)

**United States District Court for the Western District of Washington**

3721 without being in
3722 Washington State for a
3723 while or seeing her family,
3724 as much as she can, she
3725 has PTSD flash backs and
3726 when she does she sees her
3727 family in them. She also
3728 wants to take her family to
3729 court but it will dangerous
3730 maybe so she wants money
3731 to make herself healthy
3732 and different before it so
3733 she will not want to
3734 commit suicide from their
3735 rituals, it will take a while
3736 to remove biology from
3737 her, she wants surgery and
3738 meditation and cultural
3739 transformation from
3740 traveling the world and she
3741 can't reassure people in
3742 State Washington that she
3743 will be back without
3744 someone's plan to oppress
3745 but she is trying to think
3746 about others and what is
3747 oppressing them to plan
3748 rescue with the money she
3749 could get.

3750
3751 Aside absolute moral
3752 wrongs, there are absolute
3753 uniform wrongs too from
3754 the collection service. It's
3755 the Plaintiffs duty to
3756 collect their relief as soon
3757 as a judgement order is
3758 obtained from a court in
3759 Washington State and Debt
3760 Collectors International
3761 and HF Holdings
3762 abandoned and neglected
3763 efforts to collect. The time
3764 each business invested to
3765 collect money from the
3766 debtor did not produce
3767 positive affirming results
3768 and created disinterest
3769 triggers which might delay
3770 my salvation, spiritual and
3771 monetary relief.

3772
3773 Mackenzie Rae Mattox is
3774 hoping that after telling the
3775 court parts of her history
3776 they will sympathize with

3777 her, recognize that she has
3778 gone to a federal agency
3779 for help and is respecting
3780 their rules so that she may
3781 escape the major life she
3782 has lived to experience one
3783 that does not include her
3784 being exploited over and
3785 over with a secure money
3786 amount and so she can heal
3787 from surgeries she
3788 desperately needs from
3789 being drugged and abused
3790 and to successfully leave
3791 her family. She has been
3792 poor all her life and forced
3793 to live as a ground level
3794 beggar and she is
3795 desperately hoping for
3796 change. She wants to dress
3797 nice, eat well, sleep well,
3798 never worry about not
3799 having money and have a
3800 nice car as well as a new
3801 phone and a social class to
3802 interact with amongst other
3803 things and those things will
3804 make the court want to

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff − Creditor*)
Mailing address; 16408 51s Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[MH]
[Page number 58]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                    Dated on, 08/16/2024      File number:
                                                        *(to be filled in by the clerk's office)*

                                                        **United States District Court for the Western District of Washington**

4573

4574

4575

4576

4577

4578

4579

4580

4581

4582

4583

4584

4585

4586

4587

4588

4589

4590 ## **Glossary**

4591 The terms and conditions
4592 under glossary are to be
4593 used in merely nature.

4594

4595 *1.) Legal Memorandum*
4596 *Authority -*
4597 *Doctrinal method*
4598 *judgement power.*

4599

4600 *2.) Salvation - Liberation*
4601 *from ignorance.*

4602 *3.) Spiritual - Relating to*

4603 *or manifesting faithful*

4604 *Devotion to an*
4605 *acknowledged ultimate*

4606 *reality or deity.*

4607 *4.) Common law - The*
4608 *body of law which is a*
4609 *principle collage*
4610 *formulated from liked*

4611 *beliefs made by judges and*
4612 *quasi – judicial tribunals.*

4613 *5.) Finite - Something that*
4614 *is limited.*

4615 *6.) Power - Judge(s) and*
4616 *Plaintiff – Creditor grant*
4617 *for receivers.*

4618 *7.) Document - An official*
4619 *paper in this case, that*
4620 *shall be relied on as proof*
4621 *and support for action(s).*

4622 *8.) Claims - Salvation and*
4623 *spiritual growth rights*
4624 *interests that are*
4625 *transcribed.*

4626

4627 *9.) Circumstances - The*
4628 *sum of essential and*
4629 *environmental factors.*

4630 *10.) Obverted - Altered*
4631 *from a state to be in a*
4632 *contrary state instead.*

4633 *11.) Impoverished -*
4634 *Made poor.*

Preparing the paper, Mackenzie
Rae Mattox
*(Plaintiff – Creditor)*
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

*Signature* Mackenzie Rae Mattox

Case Number:
[ GUS ]
[Page number 69 ]

I, Mackenzie Rae Mattox, have certified this
affidavit with my cursive signature.

Appendix A                Dated on, 08/16/2024        File number:
                                                      *(to be filled in by the clerk's office)*

                                                      **United States District Court for the Western District of Washington**

4635  *12.) Judge - An official of the judicial branch with authority to decide lawsuits brought before courts. Used generically, the term judge may also refer to all judicial officers, including supreme court justices.*

4645  *13.) Modular Thesis - Detailed structure explaining the creditors formula that made her conclusions.*

4651  *14.) Modulated - Having a standard pattern.*

4653  *15.) Calibrated - Correlated readings of an instrument with those of a standard in order to check the instruments accuracy.*

4658  *16.) Union - Joining.*

4659  *17.) Debtor - Something that definitely owes the plaintiff money and is obligated to pay money to someone other than itself to eliminate its debt.*

4666  *18.) Spa-ing - Making something more pampered.*

4668  *19.) Conjugation - schematic arrangements of inflectional forms.*

4671  *20.) Inflectional - things that trigger memorizing or important aspects, causes, reasons.*

4675  *21.) Self- effacing - deliberately and intentionally ignoring other people and their beliefs with antipathy and caution.*

4682  *22.) Antipathy - strong feeling from dislike.*

4684  *23.) Underlying - present in deep structure.*

4686  *24.) Delusional -  a false fixed belief that is not amenable to change in light of conflicting evidence.*

4692  *25.) Amenable - open and responsive to suggestion.*

4694  26.) By - next to.

Preparing the paper, Mackenzie Rae Mattox
 (*Plaintiff – Creditor*)
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[ GIS ]
[Page number  70 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A                    Dated on, *08/26/2024*          File number:
                                                              *(to be filled in by the clerk's*
                                                              *office)*
                                                              **United States District Court**
                                                              **for the Western District of**
                                                              **Washington**

4695

4696  _____

4697              United States District Court

4698              for the Western District

4699                    of Washington

4700                    Seattle Division

4701

4702

4703  Mackenzie Rae Mattox              Case Number: _____.
4704  *(Plaintiff/Creditor)*             *(to be filled in by the clerks office)*

4705                                     **Document's purpose is to bring relief.**

4706     -   **v**   -

4707  Debt Collectors International and Rich     *Plaintiff – Creditors suggested*

4708  Kelley, HF Holdings and Jose De La Rosa    *Proceeding Order is Granted*

4709  and David Cohen, JayHawk Logistics Inc.    *for Merits Proposed Order*

4710  and Jerry Fay Hawkins

4711  *(Defendant(s) - Debtor(s))*

                                                          ┌─────────────────────────────┐
                                                          │ Preparing the paper, Mackenzie│
                                                          │ Rae Mattox                   │
                         S/ *Mackenzie Rae Mattox*    ]   │ *(Plaintiff – Creditor)*     │
                                                          │ Mailing address; 16408 51st  │
                                                          │ Ave,    Ne,    Arlington,    │
                                                          │ Washington, 98223, p.o.3044  │
                                                          │ Phone number: (253)326-1570  │
Case Number:                                              │                              │
[ **po** ]                                                │                              │
[Page number **73** ]      I, Mackenzie Rae Mattox, have certified this affidavit
                           with my cursive signature.     └─────────────────────────────┘

Appendix A                    Dated on, 08/16/2024          File number:
                                                            *(to be filled in by the clerk's*
                                                            *office)*
                                                            **United States District Court**
                                                            **for the Western District of**
                                                            **Washington**

4712

4713    It is granted,

4714    the Honorable Judge for United States District Court for the Western District of Washington will
4715    make a judgement that states they have agreed with the Plaintiff – Creditor in the fact which, the
4716    case may proceed with the injunctions presented with its proposed order and Plaintiff – Creditor
4717    may be paid from the judgement fund and the Defendant(s) - Debtor(s) may be arrested may be
4718    sentenced which is supported by numerous individual opinions.

4719    Solid $171,000,000 payment from the judgement fund to the Plaintiff – Creditor is allowed
4720    because a complaint about Debt Collectors International and its employee Rich Kelley; HF
4721    Holdings and its employees Jose De La Rosa and David Cohen; JayHawk Logistics Inc. and its
4722    employee Jerry Fay Hawkins; have been found counterfeiting Plaintiff – Creditor Mackenzie Rae
4723    Mattoxs property and stealing with her ~~with~~ property after a charge against United States District
4724    Court for the Western District of Washington was pressed against it by Plaintiff – Creditor
4725    petitioner Mackenzie Rae Mattox. The Plaintiff – Creditor Mackenzie Rae Mattox has been a
4726    victim of counterfeiting and stealing for 4 years now which has been proven and although she
4727    has had court judgements made against Jerry Fay Hawkins to ensure she will not continue
4728    experiencing counterfeiting and stealing; she has not been paid any solid money amount from
4729    Employment Security Department, JayHawk Logistics or Jerry Fay Hawkins toward any of the
4730    monetary court judgments that were made which is actually not her fault. Also, because Debt
4731    Collectors International and Rich Kelley and HF Holdings and Jose De La Rosa and David
4732    Cohen promised to pay Mackenzie Rae Mattox after guaranteeing persistent collection efforts
4733    under the industrial server's payment advertisements and it has been proven after such a thing,
4734    they are not attempting to pay her any longer which is actually not her fault. Mackenzie Rae
4735    Mattox has struggled with homelessness for over 1,138 days, 27,312 hours, 1,638,720 minutes
4736    and 98,323,200 seconds due to the reported counterfeiting and stealing which the court finds to
4737    be absurd and also actually not her fault. Mackenzie appeared very honest, proved what she said

                        S/ Mackenzie Rae Mattox          ]

                                                            Preparing the paper, Mackenzie
                                                            Rae Mattox
                                                            *(Plaintiff – Creditor)*
                                                            Mailing address; 16408 51st
                                                            Ave,     Ne,     Arlington,
                                                            Washington, 98223, p.o.3044
                                                            Phone number: (253)326-1570

Case Number:
[ PO ]
[Page number 94 ]

                    I, Mackenzie Rae Mattox, have certified this affidavit
                    with my cursive signature.

Appendix A                  Dated on, 08/16/2024          File number:
                                                          *(to be filled in by the clerk's office)*

                                                          **United States District Court for the Western District of Washington**

4738    was true and we trust she will do great things with a benefit from a judgement payout with her
4739    merits and her honesty.

4740

4741    The Defendant(s) - Debtor(s) Debt Collectors International and its employee Rich Kelley; HF
4742    Holdings and its employees Jose De La Rosa and David Cohen; were made both
4743    Defendant(s) - Debtor(s) because they were witnessed by Mackenzie Rae Mattox and United
4744    States District Court for the Western District of Washington, making her monetary judgment
4745    orders from the Snohomish County Superior Court counterfeit and falsified after claiming her
4746    $19,000,000 monetary judgment orders were sufficient documents to collect solid money from
4747    Jerry Fay Hawkins with, promising Mackenzie collection service, encouraging using the
4748    documents, love bombing a customer to continue service on the industrial servers and then
4749    claiming they were not sufficient documents because the documents were missing a judges
4750    signature on them and did not have a monetary amount of money on them and were written
4751    which was nonspecific as the latter could have viewed themselves as a judge, the writing to be
4752    not writing and monetary amounts to be included with linguistic freedom and rights in America
4753    and with the not specific terms and conditions each industrial server provided. The industrial
4754    servers seemed to encourage working with a larger judgment range. The latter could not easily
4755    identify from any advertisement or posting from the industrial servers,  what Rich Kelley, Jose
4756    De La Rosa and David Cohen claimed were their judgment needs, that were not already
4757    advertised and posted like what was requested; which was contrary according to the industrial
4758    servers advertisements and postings; and refused collecting for their customer Mackenzie Rae
4759    Mattox; after working with the monetary judgment orders and Mackenzie Rae Mattox for a wage
4760    which brought needs to each employee but impoverished Mackenzie Rae Mattox and trashed her
4761    legitimacy; also creating the image that Mackenzie presented something the latter could not work
4762    with when the employees presented something the Defendant(s) - Debtor(s) could not work with

S/ Mackenzie Rae Mattox    ]

Case Number:
[ po ]
[Page number 45]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Preparing the paper, Mackenzie Rae Mattox
*(Plaintiff – Creditor)*
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A                    Dated on, 08/16/2024          File number:
                                                            *(to be filled in by the clerk's
                                                            office)*
                                                            **United States District Court
                                                            for the Western District of
                                                            Washington**

4763    and so because of those things the Defendant(s) - Debtor(s) in this segment have been deemed
4764    fugitives.

4765

4766    The Defendant – Debtor HF Holdings and Jose De La Rosa and David Cohen were witnessed
4767    requesting payment for a asset collection process without the customer Mackenzie Rae Mattox
4768    requesting one and after describing a no recovery no fee service; which is in contrary; and then
4769    refusing to give Mackenzie Rae Mattox results from that process; claiming the service was
4770    necessary to collect from her monetary judgement orders with and without using any information
4771    gathered from it to collect from her monetary judgment orders with; which is in contrary; and
4772    then refunding the fee paid by her after counterfeiting their goods and services. Because of those
4773    things, the Defendant – Debtor is deemed a fugitive.

4774

4775    The Defendant – Debtor JayHawk Logistics Inc. and its employee and owner Jerry Fay Hawkins
4776    were made the name Defendant – Debtor because they were witnessed by Mackenzie Rae
4777    Mattox and United States District Court for the Western District of Washington to have incurred
4778    civil and criminal charges made by Mackenzie Rae Mattox and Snohomish County Superior
4779    Court in year 2023 through year 2024 from intentional damage used by Jerry to attack
4780    Mackenzie Rae Mattox maliciously before the case was allowed and after the case was allowed;
4781    attempted to retrieve money from JayHawk Logistics Inc. insurance policy holder Old Republic
4782    Insurance Company under an accident claim to pay Mackenzie Rae Mattox $75,000 towards his
4783    $19,000,000 punitive debt charged against him in month December year 2023 which
4784    counterfeited the insurance businesses goods and services as Jerry Fay Hawkins insurance claim
4785    application was made not under an accident and was made under claims of deliberate crime
4786    reports and the application was made 2 years late; Old Republic Insurance Company required
4787    applications for insurance coverage to be made from unintentional accidents and within the

S/ Mackenzie Rae Mattox ]

Case Number:
[ po ]
[Page number 76 ]

I, Mackenzie Rae Mattox, have certified this affidavit
with my cursive signature.

Preparing the paper, Mackenzie
Rae Mattox
(*Plaintiff – Creditor*)
Mailing address; 16408 51st
Ave, Ne, Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A      Dated on, 08/26/2024      File number:
*(to be filled in by the clerk's office)*

**United States District Court for the Western District of Washington**

4788   insurance policy terms; owns $50,000,000 in revenue according to Mackenzie Rae Mattox and
4789   Labor and Industries frequently due to Labor and Industries brochure that states self-insured
4790   employers mandatorily must have $50,000,000 in revenue if they are to own a business and must
4791   have at least $1,000,000 readily available for its employees as insurance; has not made any other
4792   attempts to pay Ms. Mattox her monetary relief; has affected Mackenzie's attempts to collect her
4793   relief by making patterns other businesses have fallen into; free to roam before this case even
4794   though criminally charged "?" under a governments duty to protect the public from harmful
4795   things if harmful things are seen; and because of those things, Jerry Fay Hawkins has been
4796   deemed a fugitive.

4797   This case is pressed against the United States District Court for the Western District of
4798   Washington ; pressed and against used interchangeably; with positive connotation; due to sworn
4799   statements which make the federal government appear interested in litigating these matters set
4800   forth in this proposed order and dedicated to redeem victims and prevent unjustified harm in
4801   diversity, under 28 U.S.C 1920 a opinion and law about JUDICIARY AND JUDICIAL
4802   PROCEDURE; 41 U.S.C 612 a opinion and law about the Contract Disputes Act (CDA); 5
4803   U.S.C 2301 note Federal Employees Anti-Discrimination and Retaliation Act of 2002 (No
4804   FEAR), all of which are related to payment from the judgment fund.

4805   United States District Court for the Western District of Washingtons Honorable Judge and
4806   representative finds there is good cause for granting a order that allows solid money relief be
4807   paid to authorized individual Mackenzie Rae Mattox from the judgment fund of the Bureau of
4808   Fiscal Service and the Plaintiff – Creditor has won her case per merits.

4809   The Defendant – Debtor Jerry Fay Hawkins be arrested and sentenced to 20 years in a
4810   Washington prison by Habeas Corpus action where they will be brought to the court, and have a
4811   hearing; The Defendant - Debtor Debt Collectors International employee Rich Kelley be arrested
4812   and sentenced to 5 years in a Florida prison by extradition and Habeas Corpus action where they
4813   will be brought to the court, and have a hearing; The Defendant(s) - Debtor(s) HF Holdings

S/ Mackenzie Rae Mattox ]

Preparing the paper, Mackenzie Rae Mattox
*(Plaintiff – Creditor)*
Mailing address; 16408 51st Ave, Ne, Arlington, Washington, 98223, p.o.3044
Phone number: (253)326-1570

Case Number:
[ po ]
[Page number 77 ]

I, Mackenzie Rae Mattox, have certified this affidavit with my cursive signature.

Appendix A          Dated on, 08/16/2024          File number:
                                                   *(to be filled in by the clerk's
                                                   office)*
                                                   **United States District Court
                                                   for the Western District of
                                                   Washington**

4814   employees Jose De La Rosa and David Cohen be arrested and sentenced to 5 years in a Florida
4815   prison by extradition and Habeas Corpus action where they will be brought to the court, and have
4816   a hearing; and under the jurisdiction of the courts and the contents provided for this case.

4817   The Plaintiff – Creditor has litigated due to appearing social class differences; discrimination and
4818   stupidity are not things she wishes to support unless she agrees they are justifiable.

4819

4820

4821

4822

4823

4824

4825

4826

4827

4828

4829

4830

4831

4832

S/[ *Mackenzie Rae Mattox* ]

Case Number:
[ po ]
[Page number 48 ]

I, Mackenzie Rae Mattox, have certified this affidavit
with my cursive signature.

Preparing the paper, Mackenzie
Rae Mattox
 *(Plaintiff – Creditor)*
Mailing address; 16408 51st
Ave,      Ne,      Arlington,
Washington, 98223, p.o.3044
Phone number: (253)326-1570

Appendix A                Dated on, 08/16/2024        File number:
                                                      *(to be filled in by the clerk's*
                                                      *office)*
                                                      **United States District Court**
                                                      **for the Western District of**
                                                      **Washington**

4833

4834

4835

4836

4837

4838

4839

4840

4841

4842

4843    The Honorable U.S District Judge hereby grants the Plaintiff – Creditor petitioner Mackenzie
4844    Rae Mattox's motion and certifies this document with their own unique cursive signature,

4845

4846    S/[                              Dated on:                        ]

4847    Honorable U.S. Judge printed name:

4848

4849

                            S/[ *Mackenzie Rae Mattox* ]

                                                      Preparing the paper, Mackenzie
                                                      Rae Mattox
                                                       (*Plaintiff – Creditor*)
                                                      Mailing address; 16408 51st
                                                      Ave,    Ne,    Arlington,
                                                      Washington, 98223, p.o.3044
                                                      Phone number: (253)326-1570

Case Number:
[ po ]
[Page number 80 ]
            I, Mackenzie Rae Mattox, have certified this affidavit
            with my cursive signature.

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

## for the

### Western District of Washington

Mackenzie Rae Mattox
    plaintiff

      v.

Debt collectors international and Rich
Kelley, and HF Holdings inc and
Jose De La Rosa and David
cohen and Jay Hawk Logistics
inc. and Jerry Fay Hawkins Defendants

)
)
)
)
)
)
)

Case No.:

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against *Defendants and*
                                           *Date*             *united States District Court*
the Clerk is requested to tax the following as costs: *for the Western District of*
*Washington*

| | |
|---|---|
| Fees of the Clerk .................................................................................. | $_____ |
| Fees for service of summons and subpoena ................................................. | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ............................................................ | _____ |
| Fees for witnesses *(itemize on page two)* ..................................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | _____ |
| Docket fees under 28 U.S.C. § 1923 ........................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ............................................. | _____ |
| Compensation of court-appointed experts ..................................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 .... | _____ |
| Other costs *(please itemize)* .................................................................. | _____ |
| TOTAL  $ | 0.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|
|     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner: |

☐ Electronic service        ☐ First class mail, postage prepaid

☒ Other:    work was done on behalf of the defendants.

s/ Attorney:   *Mackenzie Rae Mattox*

Name of Attorney: *Mackenzie Rae Mattox*

For:   *Mackenzie Rae Mattox*                       Date: 08/16/2024
             *Name of Claiming Party*

| Taxation of Costs |
|---|
| Costs are taxed in the amount of _____ and included in the judgment. |

                                By: _____

_____                    _____              _____
    Clerk of Court                             Deputy Clerk              Date

[BOC] [page 81] case number:          ] presenting paper: Mackenzie

Appendix A.    *Dated on: 08/16/2024*    File number.
*United States District*
AO 133 (Rev. 07/24)  Bill of Costs    **UNITED STATES DISTRICT COURT**    *Court for the Western*
*District of Washington*

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost |
| Mackenzie Rae Mattox, Bellevue, Washington. Debt collectors international and Rich Kelley, and HF Holdings Inc. and Jose De La Rosa and David cohen; maitland and Florida; orlando and Florida; JayHawk Logistics inc and Jerry Fay Hawkins; Snohomish, Washington. | 10,074 | more than $240,000 | 10,074 | roughly guessed probably $240,000 probably more | $20,000 probably more + more | $39,000 + more | $240,000 + *nd* $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | TOTAL | $0.00 $240,000 + *nd* |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:  *＊ important to Mackenzie Rae Mattox*
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | | Reset |