## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACKENZIE RAE MATTOX<br><br>                Plaintiff,<br>   v.<br><br>DEBT COLLECTORS INTERNATIONAL, et al.<br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:24-cv-01334-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Under 28 U.S.C. § 1915(e)(2)(B)(ii), the case is dismissed without prejudice for failure to state a claim upon which relief can be granted. The Court struck the motions at Dkt. ## 11 and 12, given the order dismissing this matter for failure to state a claim. Dkt. # 10.

Dated this 21st day of November, 2024.

                                                        *Ravi Subramanian*
                                                        Clerk of Court

                                                        */s/Ashleigh Drecktrah*
                                                        Deputy Clerk